# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–3 | User: admin | Date Created: 12/6/2023 |
| Case: 23–30944 | Form ID: 309A | Total: 29 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Heather Ann O'Brien Treciokas | 4 Marlson Rd   Meriden, CT 06450–4745 |
| ust | U. S. Trustee | Office of the U.S. Trustee   Giaimo Federal Building   150 Court Street, Room 302   New Haven, CT 06510 |
| tr | Andrea M. O'Connor | Fitzgerald Law, PC   46 Center Square   East Longmeadow, MA 01028 |
| aty | Michael J. Habib | Willcutts & Habib LLC   100 Pearl St.   Ste Flr. 14   Hartford, CT 06103–4500 |
| 9460459 | AT&T Wireless | c/o Bankruptcy Dept.   Attn: Manager   4331 Communications Dr Fl 4W   Dallas, TX 75211 |
| 9460460 | Best Buy/CBNA | Attn Manager, Bankruptcy Dept   PO Box 70601   Philadelphia, PA 19176–0601 |
| 9460464 | CONNECTICUT ATTORNEY GENERAL | ATTN: AAG GARY G WILLIAMS   COLLECTIONS DEPARTMENT   PO BOX 120   HARTFORD, CT 06141 |
| 9460467 | CT Dept. of Revenue Srvcs. | Attn Manager, Bankruptcy Dept   450 Columbus Blvd Ste 1   Hartford, CT 06103–1837 |
| 9460465 | CT Dept. of Revenue Srvcs. | c/o Attorney General's Office   55 Elm St   Hartford, CT 06106–1746 |
| 9460461 | Capital One Bank (USA), N.A. | Attn Manager, Bankruptcy Dept   PO Box 31293   Salt Lake City, UT 84131 |
| 9460462 | CapitalOne Bank, NA/Kohl's | Attn Manager, Bankruptcy Dept   PO Box 3043   Milwaukee, WI 53201 |
| 9460463 | City of Meriden Tax Collector | Attn: Michelle Kane   142 E Main St   Meriden, CT 06450–5605 |
| 9460466 | Credence Resource Management | Attn Manager, Bankruptcy Dept   17000 Dallas Pkwy Ste 20   Dallas, TX 75248 |
| 9460468 | Eversource Energy | Attn: Manager, Billing Dept.   107 Selden St   Berlin, CT 06037–1616 |
| 9460469 | HEATHER ANN O'BRIEN TRECIOKAS | 4 Marlson Rd   Meriden, CT 06450–4745 |
| 9460470 | Internal Revenue Service | Central Insolvency Operation   PO Box 7346   Philadelphia, PA 19101–7346 |
| 9460471 | Jefferson Capital Systems LLC | Attn Manager, Bankruptcy Dept   PO Box 17210   Golden, CO 80402–6020 |
| 9460472 | Meriden Water Division | Attn Richard Meskill,Director   117 Parker Ave   Meriden, CT 06450–5925 |
| 9460473 | PRA Receivables Mgmt LLC | PO Box 41021   Norfolk, VA 23541–1021 |
| 9460474 | Rocket Mortgage, LLC | Attn: General Counsel   1050 Woodward Ave   Detroit, MI 48226–1906 |
| 9460475 | RocketLoans | Attn Manager, Bankruptcy Dept   1274 Library St.   Detroit, MI 48226 |
| 9460477 | SYNCB/Amazon | Attn Manager, Bankruptcy Dept   PO Box 365015   Orlando, FL 32896 |
| 9460478 | SYNCB/Lowes | Attn Manager, Bankruptcy Dept   PO Box 965005   Orlando, FL 32896 |
| 9460476 | Santander Consumer USA | Attn Manager, Bankruptcy Dept   PO Box 961245   Fort Worth, TX 76161 |
| 9460479 | SynchronyBank (CareCredit) | Attn Manager, Bankruptcy Dept   950 Forrer Blvd   Dayton, OH 45420 |
| 9460480 | TD Bank NA | Attn Manager, Bankruptcy Dept   PO Box 1448   Greenville, SC 29602 |
| 9460481 | TDRCS/Raymour & Flanigan | Attn Manager, Bankruptcy Dept   1000 Macarthur Blvd.   Mahwah, NJ 07430 |
| 9460482 | U.S. Securities and Exchange | Commission   100 F St Ne   Washington, DC 20549–2000 |
| 9460483 | United Consumer Fin. Srvcs | Attn Manager, Bankruptcy Dept   865 Bassett Rd   Westlake, OH 44145 |

TOTAL: 29