# United States Bankruptcy Court
# District of Connecticut



In re:  
    Heather Ann O'Brien Treciokas

    Debtor

Case Number: 23-30944

Chapter: 7

## ORDER ON APPLICATION TO PAY FILING FEE IN INSTALLMENTS

The above-named Debtor having filed an *Application to Pay the Filing Fee in Installments* dated December 6, 2023, (ECF No. 4) (Official Form B103A), in accordance with Federal Rule of Bankruptcy Procedure 1006; it is hereby

    **ORDERED:** The Debtor pay the filing fee of $338.00 as follows:

        Amount

        $84.50 on or before **December 13, 2023**

        $84.50 on or before **January 12, 2024**

        $84.50 on or before **February 12, 2024**

        $84.50 on or before **March 12, 2024**

and it is further

    **ORDERED:** Until the filing fee is paid in full, the Debtor shall not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case; and it is further

    **ORDERED: FAILURE TO PAY THE FINAL INSTALLMENT OR OBTAIN AN EXTENSION TO PAY THE FINAL INSTALLMENT IN ACCORDANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 1006(b), SHALL RESULT IN THE DISMISSAL OF YOUR CASE.**

Dated:    December 7, 2023

BY THE COURT

*Ann M. Nevins*  
Chief United States Bankruptcy Judge  
District of Connecticut

Checks or money orders should be made payable to: **U.S. Bankruptcy Court** at the address in the lower left corner. Note that the court will not accept as payment the personal check or credit card of the person filing the petition. Payment may also be made online at Pay.gov (https://pay.gov/public/form/start/73185821).

United States Bankruptcy Court  
District of Connecticut  
450 Main Street, 7th Floor  
Hartford, CT 06103