United States Bankruptcy Court
District of Connecticut

In re:  
Heather Ann O'Brien Treciokas  
    Debtor

Case No. 23-30944-amn  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0205-3     User: admin     Page 1 of 1  
Date Rcvd: Dec 07, 2023     Form ID: pdfdoc2     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Heather Ann O'Brien Treciokas, 4 Marlson Rd, Meriden, CT 06450-4745 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2023     Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea M. O'Connor | amo@fitzgeraldpc.com MA59@ecfcbis.com;mjp@fitzgeraldpc.com |
| Michael J. Habib | on behalf of Debtor Heather Ann O'Brien Treciokas mike@inzitarilawoffice.com mike.inzitarilawoffice.com@recap.email |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

# United States Bankruptcy Court
## District of Connecticut



In re:

Heather Ann O'Brien Treciokas

Debtor

Case Number: 23-30944

Chapter: 7

### ORDER ON APPLICATION TO PAY FILING FEE IN INSTALLMENTS

The above-named Debtor having filed an *Application to Pay the Filing Fee in Installments* dated December 6, 2023, (ECF No. 4) (Official Form B103A), in accordance with Federal Rule of Bankruptcy Procedure 1006; it is hereby

**ORDERED:** The Debtor pay the filing fee of $338.00 as follows:

| Amount | |
|---|---|
| $84.50 | on or before **December 13, 2023** |
| $84.50 | on or before **January 12, 2024** |
| $84.50 | on or before **February 12, 2024** |
| $84.50 | on or before **March 12, 2024** |

and it is further

**ORDERED:** Until the filing fee is paid in full, the Debtor shall not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case; and it is further

**ORDERED: FAILURE TO PAY THE FINAL INSTALLMENT OR OBTAIN AN EXTENSION TO PAY THE FINAL INSTALLMENT IN ACCORDANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 1006(b), SHALL RESULT IN THE DISMISSAL OF YOUR CASE.**

Dated: December 7, 2023

BY THE COURT

*Ann M. Nevins*
Chief United States Bankruptcy Judge
District of Connecticut

Checks or money orders should be made payable to: **U.S. Bankruptcy Court** at the address in the lower left corner. Note that the court will not accept as payment the personal check or credit card of the person filing the petition. Payment may also be made online at Pay.gov (https://pay.gov/public/form/start/73185821).

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103