**Fill in this information to identify your case:**

Debtor 1: **HEATHER** **ANN** **O'BRIEN TRECIOKAS**
First Name    Middle Name    Last Name

Debtor 2: 
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of Connecticut

Case number (if known): 23-30944

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** City of Meriden<br>Priority Creditor's Name<br>Attn: Michelle Kane, Tax Collector<br>142 E Main St<br>Number    Street<br>Meriden, CT 06450-5605<br>City    State    ZIP Code | Last 4 digits of account number ___ ___ ___ ___<br>When was the debt incurred? _____ | unknown | unknown | $0.00 |

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **HEATHER    ANN    O'BRIEN TRECIOKAS**    Case number *(if known)* 23-30944
         First Name   Middle Name   Last Name

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2** Department of Revenue Services
Priority Creditor's Name
Attn: Manager, Bankruptcy Dep't
450 Columbus Blvd Ste 1
Number    Street
Hartford, CT 06103-1837
City    State    ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

Total claim: unknown    Priority amount: unknown    Nonpriority amount: $0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.3** Internal Revenue Service
Priority Creditor's Name
Centralized Insolvency Operation
Po Box 7346
Number    Street
Philadelphia, PA 19101-7346
City    State    ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

Total claim: unknown    Priority amount: unknown    Nonpriority amount: $0.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **HEATHER ANN O'BRIEN TRECIOKAS** _____ Case number *(if known)* 23-30944
           First Name   Middle Name   Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3. Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** AT&T Mobility LLC / AT&T Wireless
Nonpriority Creditor's Name
c/o Bankruptcy Dept. Attn: Manager
4331 Communications Dr Flr 4W
Number    Street
Dallas, TX 75211
City    State    ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___     unknown
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.2** Best Buy/CBNA
Nonpriority Creditor's Name
Attn: Manager, Bankruptcy Dept
PO Box 70601
Number    Street
Philadelphia, PA 19176-0601
City    State    ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___     $914.00
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1 **HEATHER ANN O'BRIEN TRECIOKAS** Case number *(if known)* 23-30944
         First Name     Middle Name     Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

**4.3** Capital One Bank (USA), N.A.      Last 4 digits of account number ___ ___ ___ ___      **$126.00**
Nonpriority Creditor's Name
Attn: Manager, Bankruptcy Dept

**When was the debt incurred?**

Po Box 31293
Number     Street

**As of the date you file, the claim is:** Check all that apply.

Salt Lake City, UT 84131
City      State      ZIP Code

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

---

**4.4** CapitalOne Bank, NA/Kohl's      Last 4 digits of account number ___ ___ ___ ___      **$924.00**
Nonpriority Creditor's Name
Attn: Manager, Bankruptcy Dept

**When was the debt incurred?**

PO Box 3043
Number     Street

**As of the date you file, the claim is:** Check all that apply.

Milwaukee, WI 53201
City      State      ZIP Code

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

Debtor 1  **HEATHER ANN O'BRIEN TRECIOKAS**    Case number *(if known)* 23-30944
　　　　　First Name　Middle Name　Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.　　**Total claim**

**4.5**  Credence Resource Management　　　　　　　　　　　　　　　　　　　　　$345.00
Nonpriority Creditor's Name
Attn: Manager, Bankruptcy Dept
17000 Dallas Pkwy Ste 20
Dallas, TX 75248

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** 07/12/2023

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection Agency

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Cox Communications Inc., Original Creditor

---

**4.6**  Eversource Energy　　　　　　　　　　　　　　　　　　　　　　　　unknown
Nonpriority Creditor's Name
Attn: Manager, Billing Dept.
107 Selden St
Berlin, CT 06037-1616

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.7**  Hartford Parking Authority　　　　　　　　　　　　　　　　　　　　unknown
Nonpriority Creditor's Name
Attn: Jill Turlo, CEO
11 Asylum St. #2
Hartford, CT 06103-2202

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **HEATHER  ANN  O'BRIEN TRECIOKAS**  Case number *(if known)* 23-30944
         First Name  Middle Name  Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.  **Total claim**

---

**4.8** Jefferson Capital Systems LLC
Nonpriority Creditor's Name
Attn: Manager, Bankruptcy Dep't
Po Box 17210
Number   Street
Golden, CO 80402-6020
City   State   ZIP Code

**Last 4 digits of account number** __ __ __ __   **$612.74**

**When was the debt incurred?** 03/01/2019

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection Agency

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.9** Meriden Water Division
Nonpriority Creditor's Name
Attn: Richard Meskill, Director
117 Parker Ave
Number   Street
Meriden, CT 06450-5925
City   State   ZIP Code

**Last 4 digits of account number** __ __ __ __   **$2,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**4.10** New Jersey Turnpike Authority
Nonpriority Creditor's Name
Attn: Director of Tolls
1 Turnpike Plz
Number   Street
Woodbridge, NJ 07095-1229
City   State   ZIP Code

**Last 4 digits of account number** __ __ __ __   **unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 106E/F   Schedule E/F: Creditors Who Have Unsecured Claims   page 6 of 11

Debtor 1  **HEATHER    ANN    O'BRIEN TRECIOKAS**    Case number *(if known)* 23-30944
　　　　　First Name　　Middle Name　　Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

### 4.11 RocketLoans
Nonpriority Creditor's Name
Attn: Manager, Bankruptcy Dept
1274 Library St.
Number　　Street
Detroit, MI 48226
City　　State　　ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___    **$7,266.00**

**When was the debt incurred?**    04/25/2023

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Unsecured Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.12 SYNCB/Amazon
Nonpriority Creditor's Name
Attn: Manager, Bankruptcy Dept
PO Box 365015
Number　　Street
Orlando, FL 32896
City　　State　　ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___    **$1,158.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.13 SYNCB/Lowes
Nonpriority Creditor's Name
Attn: Manager, Bankruptcy Dept
PO Box 965005
Number　　Street
Orlando, FL 32896
City　　State　　ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___    **$1,581.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1 **HEATHER ANN O'BRIEN TRECIOKAS**  Case number *(if known)* 23-30944
           First Name  Middle Name  Last Name

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

### 4.14 SynchronyBank (CareCredit)
Nonpriority Creditor's Name
Attn: Manager, Bankruptcy Dept
950 Forrer Blvd
Dayton, OH 45420

**Total claim: $373.00**

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Bill

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.15 TD Bank NA
Nonpriority Creditor's Name
Attn: Manager, Bankruptcy Dept
PO Box 1448
Greenville, SC 29602

**Total claim: $4,650.00**

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.16 TDRCS/Raymour & Flanigan
Nonpriority Creditor's Name
Attn: Manager, Bnakruptcy Dept
1000 Macarthur Blvd.
Mahwah, NJ 07430

**Total claim: $732.00**

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1 **HEATHER ANN O'BRIEN TRECIOKAS** Case number *(if known)* 23-30944
First Name    Middle Name    Last Name

### Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**4.17** United Consumer Financial Srvcs
Nonpriority Creditor's Name
Attn: Manager, Bankruptcy Dept
865 Bassett Rd
Number    Street
Westlake, OH 44145
City    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Total claim** $4,519.00

| Debtor 1 | HEATHER | ANN | O'BRIEN TRECIOKAS | Case number *(if known)* 23-30944 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**1.** Connecticut Department of Revenue
Name
c/o Attorney General's Office
55 Elm St
Number   Street
Hartford, CT 06106-1746
City         State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 2.2 of *(Check one):*
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**2.** CONNECTICUT ATTORNEY GENERAL
Name
AAG GARY G WILLIAMS, COLLECTIONS
PO BOX 120
Number   Street
HARTFORD, CT 06141
City         State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 2.2 of *(Check one):*
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**3.** New Jersey Turnpike Authority
Name
Attn: Director of Tolls
PO Box 5042
Number   Street
Woodbridge, NJ 07095-5042
City         State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.10 of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

**4.** PRA Receivables Management, LLC
Name
PO Box 41021
Number   Street
Norfolk, VA 23541-1021
City         State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.14 of *(Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1  **HEATHER         ANN            O'BRIEN TRECIOKAS**     Case number *(if known)* 23-30944
          First Name       Middle Name     Last Name

### Part 4:  Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $25,200.74 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $25,200.74 |