23-30944

AT&T Wireless
c/o Bankruptcy Dept.
Attn: Manager
4331 Communications Dr Fl 4W
Dallas, TX 75211


Best Buy/CBNA
Attn Manager, Bankruptcy Dept
PO Box 70601
Philadelphia, PA 19176-0601


Capital One Bank (USA), N.A.
Attn Manager, Bankruptcy Dept
PO Box 31293
Salt Lake City, UT 84131


CapitalOne Bank, NA/Kohl's
Attn Manager, Bankruptcy Dept
PO Box 3043
Milwaukee, WI 53201


City of Meriden Tax Collector
Attn: Michelle Kane
142 E Main St
Meriden, CT 06450-5605


CONNECTICUT ATTORNEY GENERAL
ATTN: AAG GARY G WILLIAMS
COLLECTIONS DEPARTMENT
PO BOX 120
HARTFORD, CT 06141


CT Dept. of Revenue Srvcs.
c/o Attorney General's Office
55 Elm St
Hartford, CT 06106-1746

Credence Resource Management
Attn Manager, Bankruptcy Dept
17000 Dallas Pkwy Ste 20
Dallas, TX 75248


CT Dept. of Revenue Srvcs.
Attn Manager, Bankruptcy Dept
450 Columbus Blvd Ste 1
Hartford, CT 06103-1837


Eversource Energy
Attn: Manager, Billing Dept.
107 Selden St
Berlin, CT 06037-1616


HEATHER ANN O'BRIEN TRECIOKAS
4 Marlson Rd
Meriden, CT 06450-4745


Internal Revenue Service
Central Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Jefferson Capital Systems LLC
Attn Manager, Bankruptcy Dept
PO Box 17210
Golden, CO 80402-6020


Meriden Water Division
Attn Richard Meskill,Director
117 Parker Ave
Meriden, CT 06450-5925


PRA Receivables Mgmt LLC
PO Box 41021
Norfolk, VA 23541-1021

Rocket Mortgage, LLC
Attn: General Counsel
1050 Woodward Ave
Detroit, MI 48226-1906


RocketLoans
Attn Manager, Bankruptcy Dept
1274 Library St.
Detroit, MI 48226


Santander Consumer USA
Attn Manager, Bankruptcy Dept
PO Box 961245
Fort Worth, TX 76161


SYNCB/Amazon
Attn Manager, Bankruptcy Dept
PO Box 365015
Orlando, FL 32896


SYNCB/Lowes
Attn Manager, Bankruptcy Dept
PO Box 965005
Orlando, FL 32896


SynchronyBank (CareCredit)
Attn Manager, Bankruptcy Dept
950 Forrer Blvd
Dayton, OH 45420


TD Bank NA
Attn Manager, Bankruptcy Dept
PO Box 1448
Greenville, SC 29602

TDRCS/Raymour & Flanigan
Attn Manager, Bankruptcy Dept
1000 Macarthur Blvd.
Mahwah, NJ 07430


U.S. Securities and Exchange Commission
100 F St Ne
Washington, DC 20549-2000


United Consumer Fin. Srvcs
Attn Manager, Bankruptcy Dept
865 Bassett Rd
Westlake, OH 44145


Hartford Parking Authority
Attn: Jill Turlo, CEO
11 Asylum St. # 2
Hartford, CT 06103


New Jersey Turnpike Authority
Attn: Director of Tolls
1 Turnpike Plaza
Woodbridge, NJ 07095-1229


New Jersey Turnpike Authority
Attn: Director of Tolls
PO BOX 5042
Woodbridge, NJ 07095-5042