# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 23-30944 (AMN) |
| **HEATHER ANN O'BRIEN TRECIOKAS** | Chapter: 7 |
| Debtor. | ECF No. 12 |
| _____/ | |

### CERTIFICATE OF SERVICE

In accordance with the applicable provisions of *Federal Rules of Bankruptcy Procedure* 9013, the undersigned certifies that on the **21ST** day of **December**, **2023**, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, and via USPS First-Class Mail on the parties listed in section 2 below:

1. **Documents Served:**

    1. Debtor's *Amended Schedules E/F*;

    2. Debtor's *Amended Declaration About an Individual Debtor's Schedules* (Official Form 106Dec); and,

    3. Debtor's *Amended List of Creditors* (Creditor Matrix).

2. **Parties Served via First Class Mail:**

    HARTFORD PARKING AUTHORITY
    ATTN: JILL TURLO, CEO
    11 ASYLUM ST. # 2
    HARTFORD, CT 06103



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 1 -

NEW JERSEY TURNPIKE AUTHORITY
ATTN: DIRECTOR OF TOLLS
1 TURNPIKE PLAZA
WOODBRIDGE, NJ 07095-1229

NEW JERSEY TURNPIKE AUTHORITY
ATTN: DIRECTOR OF TOLLS
PO BOX 5042
WOODBRIDGE, NJ 07095-5042

**Dated at <u>NEW HAVEN, CONNECTICUT</u> this <u>21</u><sup>st</sup> day of <u>DECEMBER</u>, <u>2023</u>.**

                                             */s/ Michael J. Habib*
                                             **MICHAEL J. HABIB, ESQ.** (CT29412)

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514