AT&T Mobility LLC / AT&T Wireless
c/o Bankruptcy Dept.
Attn: Manager
4331 Communications Dr Flr 4W
Dallas, TX 75211

Best Buy/CBNA
Attn: Manager, Bankruptcy Dept
PO Box 70601
Philadelphia, PA 19176-0601

Capital One Bank (USA), N.A.
Attn: Manager, Bankruptcy Dept
Po Box 31293
Salt Lake City, UT 84131

CapitalOne Bank, NA/Kohl's
Attn: Manager, Bankruptcy Dept
PO Box 3043
Milwaukee, WI 53201

City of Meriden
Attn: Michelle Kane, Tax Collector
142 E Main St
Meriden, CT 06450-5605

CONNECTICUT ATTORNEY GENERAL
AAG GARY G WILLIAMS, COLLECTIONS
PO BOX 120
HARTFORD, CT 06141

Connecticut Department of Revenue
c/o Attorney General's Office
55 Elm St
Hartford, CT 06106-1746

Connecticut Department of Revenue Services
Bankruptcy Unit
Attn: Pamela D. Calachan
450 Columbus Blvd Ste 1
Hartford, CT 06103-1837

Credence Resource
Management
Attn: Manager, Bankruptcy Dept
17000 Dallas Pkwy Ste 20
Dallas, TX 75248

Department of Revenue
Services
Attn: Manager, Bankruptcy Dep't
450 Columbus Blvd Ste 1
Hartford, CT 06103-1837

Equitable Fin Life Ins Co
Attn Manager, Bankruptcy Dept
1290 Avenue of the Americas
New York, NY 10104-2702

Eversource Energy
Attn: Manager, Billing Dept.
107 Selden St
Berlin, CT 06037-1616

Hartford Parking Authority
Attn: Jill Turlo, CEO
11 Asylum St. #2
Hartford, CT 06103-2202

Internal Revenue Service
Centralized Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Attn: Central. Insolvency Operation
Po Box 7346
Philadelphia, PA 19101-7346

Jefferson Capital Systems LLC
Attn: Manager, Bankruptcy Dep't
Po Box 17210
Golden, CO 80402-6020

Meriden Water Division
Attn: Richard Meskill, Director
117 Parker Ave
Meriden, CT 06450-5925

New Jersey Turnpike
Authority
Attn: Director of Tolls
1 Turnpike Plz
Woodbridge, NJ 07095-1229

New Jersey Turnpike
Authority
Attn: Director of Tolls
PO Box 5042
Woodbridge, NJ 07095-5042

HEATHER ANN O'BRIEN
TRECIOKAS
4 Marlson Rd
Meriden, CT 06450-4745

Port Authority NY NJ
Attn: Rick Cotton, Exec. Dir.
4 World Trade Center
150 Greenwich St.
New York, NY 10007

PRA Receivables
Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Rocket Mortgage, LLC
Attn: General Counsel
1050 Woodward Ave
Detroit, MI 48226-1906

RocketLoans
Attn: Manager, Bankruptcy Dept
1274 Library St.
Detroit, MI 48226

Santander Consumer USA
Attn: Manager, Bankruptcy Dept
PO Box 961245
Fort Worth, TX 76161


SYNCB/Amazon
Attn: Manager, Bankruptcy Dept
PO Box 365015
Orlando, FL 32896


SYNCB/Lowes
Attn: Manager, Bankruptcy Dept
PO Box 965005
Orlando, FL 32896


SynchronyBank (CareCredit)
Attn: Manager, Bankruptcy Dept
950 Forrer Blvd
Dayton, OH 45420


TD Bank NA
Attn: Manager, Bankruptcy Dept
PO Box 1448
Greenville, SC 29602


TDRCS/Raymour & Flanigan
Attn: Manager, Bnakruptcy Dept
1000 Macarthur Blvd.
Mahwah, NJ 07430


Tolls By Mail NY
PO Box 15183
Albany, NY 12215-5183


U.S. Securities and Exchange
Commission
100 F St Ne
Washington, DC 20549-2000

United Consumer Financial
Srvcs
Attn: Manager, Bankruptcy Dept
865 Bassett Rd
Westlake, OH 44145