**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

IN RE: **O'BRIEN TRECIOKAS, HEATHER ANN**   CASE NO 23-30944 (AMN)

CHAPTER **7**

## AMENDED

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   12/29/2023     Signature _____

HEATHER ANN O'BRIEN TRECIOKAS, Debtor