## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 23-30944 (AMN) |
| **HEATHER ANN O'BRIEN TRECIOKAS** | Chapter: 7 |
| Debtor. | ECF No. 18 |
| _____/ | |

### CERTIFICATE OF SERVICE

In accordance with the applicable provisions of *Federal Rules of Bankruptcy Procedure* 9013, the undersigned certifies that on the **2ND** day of **JANUARY**, **2024**, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, and via USPS First-Class Mail on the parties listed in section 2 below:

1. **Documents Served:**

    1. Debtor's *Amended Schedules A/B*, *C*, and *D* (Official Forms 106A/B, 106C, and 106D) (ECF # 17);

    2. Debtor's 2nd *Amended Schedules E/F* (Official Form 106E/F) (ECF # 17);

    3. Debtor's 2nd *Amended Declaration About an Individual Debtor's Schedules* (Official Form 106Dec) (ECF # 17);

    4. Debtor's *Amended Statement of Financial Affairs* (Official Form 107) (ECF # 15);

    5. Debtor's *Amended Statement of Intention* (Official Form 108) (ECF # 16);

    6. Debtor's 2nd *Amended List of Creditors* (Creditor Matrix) (ECF # 17); and,

    7. Debtor's 2nd *Amended Verification of Creditor Matrix* (ECF # 17).



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

2. **Parties Served via First Class Mail:**

>EQUITABLE FINANCIAL LIFE INS CO
>ATTN MANAGER, BANKRUPTCY DEPT
>1290 AVENUE OF THE AMERICAS
>NEW YORK, NY 10104-2702

>PORT AUTHORITY NY NJ
>ATTN: RICK COTTON, EXEC. DIR.
>4 WORLD TRADE CENTER
>150 GREENWICH ST.
>NEW YORK, NY 10007

>TOLLS BY MAIL NY
>PO BOX 15183
>ALBANY, NY 12215-5183

>HEATHER ANN O'BRIEN TRECIOKAS
>4 Marlson Rd
>Meriden, CT 06450-4745

Dated at **NEW HAVEN, CONNECTICUT** this **2**nd day of **JANUARY**, **2024**.

*/s/ Michael J. Habib*

**MICHAEL J. HABIB, ESQ.** (CT29412)

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514