# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–3 | User: admin | Date Created: 1/2/2024 |
| Case: 23–30944 | Form ID: pdfdoc2 | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

9464628     Equitable Fin Life Ins Co      Attn Manager, Bankruptcy Dept      1290 Avenue of the Americas      New York, NY 10104–2702

9464629     Port Authority NY NJ      Attn: Rick Cotton, Exec. Dir.      4 World Trade Center      150 Greenwich St.      New York, NY 10007

9464630     Tolls By Mail NY      PO Box 15183      Albany, NY 12215–5183

TOTAL: 3