United States Bankruptcy Court
District of Connecticut

In re:     Case No. 23-30944-amn

Heather Ann O'Brien Treciokas     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3     User: admin     Page 1 of 3
Date Rcvd: Jan 12, 2024     Form ID: 2040     Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Heather Ann O'Brien Treciokas, 4 Marlson Rd, Meriden, CT 06450-4745 |
| 9460459 | + | AT&T Wireless, c/o Bankruptcy Dept., Attn: Manager, 4331 Communications Dr Fl 4W, Dallas, TX 75211-1300 |
| 9460464 | + | CONNECTICUT ATTORNEY GENERAL, ATTN: AAG GARY G WILLIAMS, COLLECTIONS DEPARTMENT, PO BOX 120, HARTFORD, CT 06141-0120 |
| 9460465 | | CT Dept. of Revenue Srvcs., c/o Attorney General's Office, 55 Elm St, Hartford, CT 06106-1746 |
| 9460462 | + | CapitalOne Bank, NA/Kohl's, Attn Manager, Bankruptcy Dept, PO Box 3043, Milwaukee, WI 53201-3043 |
| 9460463 | + | City of Meriden Tax Collector, Attn: Michelle Kane, 142 E Main St, Meriden, CT 06450-5667 |
| 9464628 | + | Equitable Fin Life Ins Co, Attn Manager, Bankruptcy Dept, 1290 Avenue of the Americas, New York, NY 10104-0101 |
| 9461402 | + | Hartford Parking Authority, Attn: Jill Turlo, CEO, 11 Asylum St. # 2, Hartford, CT 06103-2202 |
| 9460472 | | Meriden Water Division, Attn Richard Meskill, Director, 117 Parker Ave, Meriden, CT 06450-5925 |
| 9461403 | + | New Jersey Turnpike Authority, Attn: Director of Tolls, 1 Turnpike Plaza, Woodbridge, NJ 07095-5195 |
| 9464629 | + | Port Authority NY NJ, Attn: Rick Cotton, Exec. Dir., 4 World Trade Center, 150 Greenwich St., New York, NY 10007-2366 |
| 9460482 | | U.S. Securities and Exchange, Commission, 100 F St Ne, Washington, DC 20549-2000 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 9460460 | | EDI: CITICORP | Jan 12 2024 23:25:00 | Best Buy/CBNA, Attn Manager, Bankruptcy Dept, PO Box 70601, Philadelphia, PA 19176-0601 |
| 9460467 | | Email/Text: DRS.Bankruptcy@ct.gov | Jan 12 2024 18:25:00 | CT Dept. of Revenue Srvcs., Attn Manager, Bankruptcy Dept, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9460461 | + | EDI: CAPITALONE.COM | Jan 12 2024 23:25:00 | Capital One Bank (USA), N.A., Attn Manager, Bankruptcy Dept, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 9460466 | + | Email/Text: bankruptcy@credencerm.com | Jan 12 2024 18:26:00 | Credence Resource Management, Attn Manager, Bankruptcy Dept, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1940 |
| 9460468 | | Email/Text: bankruptcynotices@eversource.com | Jan 12 2024 18:26:00 | Eversource Energy, Attn: Manager, Billing Dept., 107 Selden St, Berlin, CT 06037-1616 |
| 9460470 | | EDI: IRS.COM | Jan 12 2024 23:25:00 | Internal Revenue Service, Central Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9460471 | | EDI: JEFFERSONCAP.COM | Jan 12 2024 23:25:00 | Jefferson Capital Systems LLC, Attn Manager, Bankruptcy Dept, PO Box 17210, Golden, CO 80402-6020 |
| 9461404 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 12 2024 18:25:00 | New Jersey Turnpike Authority, Attn: Director of Tolls, PO BOX 5042, Woodbridge, NJ 07095-5042 |

| District/off: 0205-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2024 | Form ID: 2040 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 9460473 | | EDI: PRA.COM | Jan 12 2024 23:25:00 | PRA Receivables Mgmt LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 9460474 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 12 2024 18:26:00 | Rocket Mortgage, LLC, Attn: General Counsel, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 9460475 | + | Email/Text: OpsEscalations@RocketLoans.com | Jan 12 2024 18:26:00 | RocketLoans, Attn Manager, Bankruptcy Dept, 1274 Library St., Detroit, MI 48226-2256 |
| 9460477 | + | EDI: SYNC | Jan 12 2024 23:25:00 | SYNCB/Amazon, Attn Manager, Bankruptcy Dept, PO Box 365015, Orlando, FL 32896-0001 |
| 9460478 | + | EDI: SYNC | Jan 12 2024 23:25:00 | SYNCB/Lowes, Attn Manager, Bankruptcy Dept, PO Box 965005, Orlando, FL 32896-5005 |
| 9460476 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 12 2024 18:26:00 | Santander Consumer USA, Attn Manager, Bankruptcy Dept, PO Box 961245, Fort Worth, TX 76161-0244 |
| 9460479 | + | EDI: SYNC | Jan 12 2024 23:25:00 | SynchronyBank (CareCredit), Attn Manager, Bankruptcy Dept, 950 Forrer Blvd, Dayton, OH 45420-1469 |
| 9460480 | ^ | MEBN | Jan 12 2024 18:24:22 | TD Bank NA, Attn Manager, Bankruptcy Dept, PO Box 1448, Greenville, SC 29602-1448 |
| 9464630 | ^ | MEBN | Jan 12 2024 18:24:24 | Tolls By Mail NY, PO Box 15183, Albany, NY 12212-5183 |
| 9460483 | + | Email/Text: EBankruptcy@UCFS.NET | Jan 12 2024 18:26:00 | United Consumer Fin. Srvcs, Attn Manager, Bankruptcy Dept, 865 Bassett Rd, Westlake, OH 44145-1194 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9460469 | * | HEATHER ANN O'BRIEN TRECIOKAS, 4 Marlson Rd, Meriden, CT 06450-4745 |
| 9460481 | ##+ | TDRCS/Raymour & Flanigan, Attn Manager, Bankruptcy Dept, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea M. O'Connor | |

District/off: 0205-3 | User: admin | Page 3 of 3
Date Rcvd: Jan 12, 2024 | Form ID: 2040 | Total Noticed: 30

| | |
|---|---|
| | amo@fitzgeraldpc.com  MA59@ecfcbis.com;mjp@fitzgeraldpc.com |
| Michael J. Habib | on behalf of Debtor Heather Ann O'Brien Treciokas mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
January 12, 2024

In re:
    Heather Ann O'Brien Treciokas
    Debtor*

Case Number: 23−30944
Chapter: 7

### NOTICE SETTING PROOF OF CLAIM DEADLINE
### AFTER TRUSTEE'S REPORT OF ASSETS

  On December 6, 2023, Heather Ann O'Brien Treciokas (the "Debtor") filed this Chapter 7 case. An Official Form 309A, Notice of Chapter 7 Bankruptcy Case − No Proof of Claim Deadline, was issued and served based upon the information filed in the Debtor's case that there were insufficient assets to pay a dividend to creditors. After Official Form 309A was issued, the Chapter 7 Trustee filed a Report of Assets on January 9, 2023, ECF No. 22, which states one or more assets or claims have been discovered that may provide a dividend to creditors.

  **Creditors who wish to share in any distribution of funds must file a Proof of Claim in the Debtor's case by filing it with the Bankruptcy Court on or before: May 13, 2024 ("the Proof of Claim Deadline").** Creditors who do not file a Proof of Claim on or before the Proof of Claim Deadline may not share in any distribution from the Debtor's estate.

  A Proof of Claim form, Official Form B 410, must be used to file a Proof of Claim. If you would like to obtain a Proof of Claim form, Official Form B 410, one can be obtained at the Bankruptcy Court Clerk's Offices located in Hartford, New Haven, and Bridgeport, Connecticut. You can also obtain a Proof of Claim form, Official Form B 410, in fillable format on the Bankruptcy Court's website, www.ctb.uscourts.gov by clicking on the *Official Forms* tab and typing *"B 410"* in the *"Search by form number, name or keyword"* search bar, or at https://www.uscourts.gov/forms/bankruptcy−forms/proof−claim−0.

   The Proof of Claim form may be filed in the Bankruptcy Court by mailing it through the U.S. Mail. If you wish to receive proof of the receipt of the Proof of Claim, please enclose a copy of the Proof of Claim together with a self−addressed, stamped envelope, or go to the Court's PACER system (www.pacer.psc.uscourts.gov) to view the filed Proof of Claim form. A creditor may also file a Proof of Claim by registering to become a CM/ECF User. *See* D. Conn. Bankr. L. R. Appendix A, Section 2(b), page A−2.
See, https://www.ctb.uscourts.gov/how−obtain−login−and−password−cmecf, and, download "CM/ECF User Registration Form." There is no filing fee to file a Proof of Claim.

  **Any creditor who has filed a Proof of Claim in this case does need not to file another Proof of Claim.**

  **Government Agencies** who wish to file a Proof of Claim should do so on or before the date listed above or within 180 days after the date the Order for Relief was entered in the Debtor's, whichever is the latter.

Dated: January 12, 2024

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773−2009
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 2040 − sr

*For the purposes of this order, "Debtor" means "Debtors" where applicable.