# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | Case No.: 23-30944 (AMN) |
| **HEATHER ANN O'BRIEN TRECIOKAS** | Chapter: 7 |
| Debtor. | ECF No. 25 |
| _____/ | |

### DEBTOR'S OBJECTION TO PROOF OF CLAIM # 1

**COMES NOW** the Debtor in the above-captioned matter, **HEATHER ANN O'BRIEN TRECIOKAS**, by and through Undersigned Counsel, and Hereby Respectfully **OBJECTS** to *Proof of Claim* # 1 filed by **SANTANDER CONSUMER USA INC**, pursuant to *Fed. R. Bankr. P.* 3007.

In support hereof, the Debtor Respectfully Represents as follows:

### JURISDICTION

1. This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2. This is a 'core proceeding' under 28 U.S.C. § 157(b)(2)(B).

3. The Debtor resides in the Town of Meriden, New Haven County, Connecticut, and the Debtor does not constitute a "single asset real estate" as that term is defined in 11 U.S.C. § 101.

4. Venue of the Debtor's Chapter 7 case and this matter in this District is proper pursuant to 28 U.S.C. §§ 1408 & 1409.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 1 -

## BASIC FACTS

5. The Debtor commenced this action by the filing of a Chapter 7 petition on December 6, 2023.

6. **SANTANDER CONSUMER USA INC** filed a purported *Proof of Claim* (Claim No. 1) on January 19, 2024, in the amount of $3,022.09.

7. **SANTANDER CONSUMER USA INC** claims said sum is the balance due on an automobile loan made to the Debtor on or about July 22, 2023, in the original principal sum of $16,184.95, for the purchase of a used 2015 Volkswagen Golf GTI.

8. **SANTANDER CONSUMER USA INC** claims that on October 7, 2023, the motor vehicle securing the automobile loan was declared a total loss and that the amount due on the automobile loan as of the date of loss was $16,124.10.

9. **SANTANDER CONSUMER USA INC** further claims to have received insurance proceeds in the amount of $13,193.54 for the total loss, leaving a principal balance due of $2,930.56 and interest due of $91.53, for a total claim of $3,022.09.

10. Appended to the *Proof of Claim*, **SANTANDER CONSUMER USA INC** included a copy of the Debtor's four (4) page *Retail Installment Contract*, evidencing the purchase of the motor vehicle and the financing terms of the automobile loan.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

## BASIS FOR OBJECTION

11. **SANTANDER CONSUMER USA INC**'s *Proof of Claim* alleges that the Debtor owes a balance of $3,022.09, which is the difference between the principle loan balance on the date of loss, plus interest, and the insurance proceeds received by **SANTANDER CONSUMER USA INC** for the total loss of the vehicle.

12. However, the four-page *Retail Installment Contract* appended at pages 5–8 of **SANTANDER CONSUMER USA INC**'s *Proof of Claim* refutes **SANTANDER CONSUMER USA INC**'s alleged entitlement to a claim in the amount of $3,022.09,

13. At page 2 of the *Retail Installment Contract*, found at page 6 of **SANTANDER CONSUMER USA INC**'s *Proof of Claim*, under the heading entitled "Itemization of Amount Financed" at Section 4D, the *Retail Installment Contract* shows that the Debtor purchased the "Optional Gap Contract" at a premium cost of $895.00, and which premium was included in the total amount financed by the Debtor.

14. Also at page 2 of the *Retail Installment Contract*, found at page 6 of **SANTANDER CONSUMER USA INC**'s Proof of Claim, under the heading entitled "Optional Gap Contract," the contract states:

> **A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is part of this contract.**



Willcutts & Habib LLC
100 Pearl St., 14th Flr.
Hartford, CT 06103-4500
Tel: (860) 249-7071
Fax: (860) 863-4625
Firm Juris No. 440514

      **Term: 60 Mos.**      **VW DRIVE EASY GAP PROTECTION**
                                **Name of Gap Contract**

**I want to buy a gap contract.**

**Buyer Signs X (signature)**

And the Debtor's signature appears on the line following where the contract states "Buyer Signs X".

15. Thus, it is incontrovertible that when the Debtor took the automobile loan that underlies the claim of **SANTANDER CONSUMER USA INC**, the Debtor contracted for and paid a premium for 60 months of Optional Gap Coverage (debt cancellation contract) through VW [Volkswagen] Drive Easy Gap [Guaranteed Asset Protection].

16. Appended hereto as Exhibit "A" is the VW Drive Easy Gap Protection brochure, which states on page 2 of Exhibit "A,"

    **A financial gap occurs when the amount your insurer pays falls short of your finance agreement balance. If your Volkswagen is ever declared a total loss due to an accident, theft, or natural disaster, your gap and your primary insurance deductible can easily add to up to thousands of dollars.**

    **Fortunately, you can close up your gap right here, right now. <u>Volkswagen Drive Easy Guaranteed Asset Protection (GAP) waives the difference between your primary insurance settlement and the outstanding balance on your vehicle's financing, and provides coverage for your insurance deductible</u>…**

    (<u>emphasis added</u>).

17. As a result, when the Debtor purchased the automobile that secured the debt owed to **SANTANDER CONSUMER USA INC**, the Debtor specifically contracted for and purchased optional gap coverage to provide coverage for



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

the difference between the outstanding balance on the motor vehicle loan and the primary insurance proceeds paid for the total loss of the vehicle, for a period of 60 months.

18. The optional gap coverage that the Debtor contracted and paid a premium for was in full force and effect at the time of the total loss of the vehicle, the date of loss being well-within the 60-month term of the optional gap coverage, and therefore the optional gap coverage purchased by the Debtor provides coverage for the entire balance of the claim filed by **SANTANDER CONSUMER USA INC.**

19. Pursuant to and consistent with the terms of the optional gap coverage, the Debtor timely and appropriately filed a claim with VW Drive Easy Gap Protection, in accordance with the terms and conditions of the coverage, and the Debtor has at all times fully complied with all of the demands and requirements of VW Drive Easy Gap Protection to process the Debtor's claim for gap coverage.

20. As a result of the foregoing, the Debtor is not liable for the $3,022.09 debt claimed by **SANTANDER CONSUMER USA INC**, and Claim 1 must therefore be **DENIED**.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 5 -

**WHEREFORE**, for all of the foregoing reasons, the Debtor **HEATHER ANN O'BRIEN TRECIOKAS**, Hereby Respectfully **OBJECTS** to the *Proof of Claim* of **SANTANDER CONSUMER USA INC** (Claim No. 1), and the Debtor Respectfully Moves this Honorable Court to sustain this Objection thereto and **DENY** Claim No. 1 of **SANTANDER CONSUMER USA INC**.

**DATED AT <u>NEW HAVEN</u> THIS <u>23RD</u> DAY OF <u>JANUARY</u>, 20<u>24</u>.**

        **RESPECTFULLY SUBMITTED,**
        **THE DEBTOR,**
        **HEATHER ANN O'BRIEN TRECIOKAS,**
        **BY HER ATTORNEY,**

        */s/ Michael J. Habib*
        **MICHAEL J. HABIB, ESQ.** (CT29412)
        Willcutts & Habib, LLC
        100 Pearl St., Fl. 14
        Hartford, CT 06103-4500
        Tel: (860) 249-7071
        Fax: (860) 863-4625
        E-Mail: Mike@InzitariLawOffice.com



**WILLCUTTS & HABIB LLC**
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 6 -