Connecticut Local Form 420B (Notice of Objection to Claim) 03/2023

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re: HEATHER ANN O'BRIEN TRECIOKAS

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Debtor(s)

Case No.: 23-30944

Chapter: 7

## NOTICE OF OBJECTION TO CLAIM

| Claim No: | Claimant: |
|---|---|
| 1 | SANTANDER CONSUMER USA INC |

Heather Ann O'Brien Treciokas, the Debtor has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one.

[**Note to Objecting Party**: You must choose a response date that is at least thirty (30) days after the date the Objection to Claim is filed, unless otherwise ordered.]

If you do not want the Court to eliminate or change your claim, then on or before

**February 22, 2024**

you or your lawyer must file with the Court a written response to the objection, explaining your position.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above. Your response should be mailed to:

United States Bankruptcy Court
District of Connecticut
157 Church Street, New Haven CT 06510

Connecticut Local Form 420B (Notice of Objection to Claim) 03/2023

In re: HEATHER ANN O'BRIEN TRECIOKAS

Case No.: 23-30944

Chapter: 7

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Debtor(s)

A copy of your response should also be mailed to:

Michael J. Habib, Esq., Willcutts & Habib LLC, 100 Pearl St., Fl. 14, Hartford, CT 06103

(Objector and Objector's attorney, if applicable, name and address)

See Certificate of Service

(Names and addresses of others to be served)

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.

Date: January 23, 2024

Signature: *[signed]*

Name: Michael J. Habib, Esq.

Address: Willcutts & Habib LLC
100 Pearl St., Fl. 14
Hartford, CT 06103