# United States Bankruptcy Court

## District of Connecticut



In re: **HEATHER ANN OBRIEN TRECIOKAS**

     Debtor*

Case Number: 23-30944 (AMN)

Chapter: 7

## ORDER ON OBJECTION TO PROOF OF CLAIM

     The Debtor Heather Ann O'Brien Treciokas' Objection to the Proof of Claim of Santander Consumer USA Inc, Claim number 1, filed pursuant to *Fed. R. Bankr. P.* 3007, dated January 23, 2024 (the "Objection to Claim", ECF No. 25 ), having come before the Court after notice and a hearing, *see 11 U.S.C. § 102(1),* and the Court having considered the Objection to Claim and any response filed to the Objection to Claim, it appearing that cause exists to sustain the Objection to Claim; it is hereby

     **ORDERED:** The Proof of Claim of Santander Consumer USA Inc, Claim No. 1, in the amount of $3,022.09 is

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

*For the purposes of this order, "Debtor" means "Debtors" where applicable.