# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:                                                                    Case No.: 23-30944 (AMN)

**HEATHER ANN O'BRIEN TRECIOKAS**                Chapter: 7

                                                  Debtor.        ECF No. 26

_____/

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of *Federal Rules of Bankruptcy Procedure* 9013, the Undersigned certifies that on the **23RD** day of **JANUARY**, **2024**, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, and via USPS First-Class Mail on the parties listed in section 2 below:

1. **Documents Served:**

    1. Local Form 420B – *Notice of Objection to Claim*;
    2. Debtor's *Objection to Claim*;
    3. Exhibit "A" to Debtor's *Objection to Claim*; and,
    4. *Proposed Order*.

2. **Parties Served via First Class Mail:**

SANTANDER CONSUMER USA INC
ATTN: JULIE AB SMIGLIANI
P.O. BOX 961245
FORT WORTH, TX 76161-1245

HEATHER ANN O'BRIEN TRECIOKAS
4 MARLSON RD
MERIDEN, CT 06450-4745



**WILLCUTTS & HABIB LLC**
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

3. **Parties Served via Electronic Mail:**

SANTANDER CONSUMER USA INC
e-Mail: BK_POCTeam@santanderconsumerusa.com

Dated at **NEW HAVEN, CONNECTICUT** this **23rd** day of **JANUARY**, **2024**.

_____
**MICHAEL J. HABIB, ESQ.** (CT29412)



Willcutts & Habib LLC
100 Pearl St., 14th Flr.
Hartford, CT 06103-4500
Tel: (860) 249-7071
Fax: (860) 863-4625
Firm Juris No. 440514

- 2 -