# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–3 | User: admin | Date Created: 02/23/2024 |
| Case: 23–30944 | Form ID: 100 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty      Michael J. Habib      mike@inzitarilawoffice.com

                                                                                                              TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Heather Ann O'Brien Treciokas      4 Marlson Rd      Meriden, CT 06450–4745

                                                                                                               TOTAL: 1