# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
February 26, 2024

In re:

Heather Ann O'Brien Treciokas
Debtor*

Case Number: 23–30944
Chapter: 7

### ORDER ON OBJECTION TO PROOF OF CLAIM(S)

The Objection to the Proof of Claim of Santander Consumer USA Inc., Claim number(s) 1–1, filed pursuant to Fed. R. Bankr. P. 3007 dated January 23, 2024 (the "Objection to Claim", ECF No. 25), having come before the Court after notice and a hearing, *see 11 U.S.C. § 102(1),* and the Court having considered the Objection to Claim and any response filed to the Objection to Claim, it appearing that cause exists to sustain the Objection to Claim; it is hereby

**ORDERED:** The Proof of Claim of Santander Consumer USA Inc., Claim No. 1–1, in the amount of $3,022.09 is disallowed .

Dated: February 26, 2024

BY THE COURT

Ann M. Nevins
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 123 – rs

*For the purposes of this order, "Debtor" means "Debtors" where applicable.

# Notice Recipients

District/Off: 0205−3 | User: admin | Date Created: 2/26/2024
Case: 23−30944 | Form ID: 123 | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Heather Ann O'Brien Treciokas    4 Marlson Rd    Meriden, CT 06450−4745

TOTAL: 1