United States Bankruptcy Court
District of Connecticut

In re:                                                                                          Case No. 23-30944-amn

Heather Ann O'Brien Treciokas                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3        User: admin        Page 1 of 1
Date Rcvd: Feb 26, 2024        Form ID: pdfdoc2        Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Heather Ann O'Brien Treciokas, 4 Marlson Rd, Meriden, CT 06450-4745 |
| 9466722 | + | Santander Consumer USA Inc, P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2024        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:**

**Name**        **Email Address**

Andrea M. O'Connor
     amo@fitzgeraldpc.com   MA59@ecfcbis.com;mjp@fitzgeraldpc.com

Michael J. Habib
     on behalf of Debtor Heather Ann O'Brien Treciokas mike@inzitarilawoffice.com   mike.inzitarilawoffice.com@recap.email

U. S. Trustee
     USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 3

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
February 26, 2024

In re:
    Heather Ann O'Brien Treciokas                                     Case Number: 23−30944
    Debtor*                                                                  Chapter: 7

### ORDER ON OBJECTION TO PROOF OF CLAIM(S)

       The Objection to the Proof of Claim of Santander Consumer USA Inc., Claim number(s) 1−1, filed pursuant to Fed. R. Bankr. P. 3007 dated January 23, 2024 (the "Objection to Claim", ECF No. 25), having come before the Court after notice and a hearing, *see 11 U.S.C. § 102(1),* and the Court having considered the Objection to Claim and any response filed to the Objection to Claim, it appearing that cause exists to sustain the Objection to Claim; it is hereby

       **ORDERED:** The Proof of Claim of Santander Consumer USA Inc., Claim No. 1−1, in the amount of $3,022.09 is disallowed .

Dated: February 26, 2024                                                                            BY THE COURT

                                                                                                        Ann M. Nevins
                                                                         Chief United States Bankruptcy Judge
                                                                                   District of Connecticut

United States Bankruptcy Court                                                    Tel. (203) 773−2009
District of Connecticut                                                                   VCIS* (866) 222−8029
157 Church Street, 18th Floor                                               * Voice Case Information System
New Haven, CT 06510                                                               http://www.ctb.uscourts.gov
                                                                                                                       Form 123 − rs

*For the purposes of this order, "Debtor" means "Debtors" where applicable.

# Notice Recipients

District/Off: 0205−3     User: admin     Date Created: 2/26/2024
Case: 23−30944     Form ID: 123     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Heather Ann O'Brien Treciokas     4 Marlson Rd     Meriden, CT 06450−4745

TOTAL: 1