Certificate Number: 05781-CT-DE-038248713

Bankruptcy Case Number: 23-30944



05781-CT-DE-038248713

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 5, 2024</u>, at <u>12:38</u> o'clock <u>PM PST</u>, <u>Heather Treciokas</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Connecticut</u>.

Date:   <u>March 5, 2024</u>            By:   <u>/s/Allison M Geving</u>

                                                                 Name:   <u>Allison M Geving</u>

                                                                 Title:   <u>President</u>