United States Bankruptcy Court
District of Connecticut

In re:  Case No. 23-30944-amn
Heather Ann O'Brien Treciokas  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3      User: admin      Page 1 of 3
Date Rcvd: Mar 13, 2024      Form ID: 318      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Heather Ann O'Brien Treciokas, 4 Marlson Rd, Meriden, CT 06450-4745 |
| 9460459 | + | AT&T Wireless, c/o Bankruptcy Dept., Attn: Manager, 4331 Communications Dr Fl 4W, Dallas, TX 75211-1300 |
| 9460464 | + | CONNECTICUT ATTORNEY GENERAL, ATTN: AAG GARY G WILLIAMS, COLLECTIONS DEPARTMENT, PO BOX 120, HARTFORD, CT 06141-0120 |
| 9460465 | | CT Dept. of Revenue Srvcs., c/o Attorney General's Office, 55 Elm St, Hartford, CT 06106-1746 |
| 9460462 | + | CapitalOne Bank, NA/Kohl's, Attn Manager, Bankruptcy Dept, PO Box 3043, Milwaukee, WI 53201-3043 |
| 9460463 | + | City of Meriden Tax Collector, Attn: Michelle Kane, 142 E Main St, Meriden, CT 06450-5667 |
| 9464628 | + | Equitable Fin Life Ins Co, Attn Manager, Bankruptcy Dept, 1290 Avenue of the Americas, New York, NY 10104-0101 |
| 9461402 | + | Hartford Parking Authority, Attn: Jill Turlo, CEO, 11 Asylum St. # 2, Hartford, CT 06103-2202 |
| 9460472 | | Meriden Water Division, Attn Richard Meskill,Director, 117 Parker Ave, Meriden, CT 06450-5925 |
| 9461403 | + | New Jersey Turnpike Authority, Attn: Director of Tolls, 1 Turnpike Plaza, Woodbridge, NJ 07095-5195 |
| 9464629 | + | Port Authority NY NJ, Attn: Rick Cotton, Exec. Dir., 4 World Trade Center, 150 Greenwich St., New York, NY 10007-2366 |
| 9460481 | + | TDRCS/Raymour & Flanigan, Attn Manager, Bankruptcy Dept, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |
| 9460482 | | U.S. Securities and Exchange, Commission, 100 F St Ne, Washington, DC 20549-2000 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 9460460 | | EDI: CITICORP | Mar 13 2024 22:35:00 | Best Buy/CBNA, Attn Manager, Bankruptcy Dept, PO Box 70601, Philadelphia, PA 19176-0601 |
| 9460467 | | Email/Text: DRS.Bankruptcy@ct.gov | Mar 13 2024 18:34:00 | CT Dept. of Revenue Srvcs., Attn Manager, Bankruptcy Dept, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9460461 | + | EDI: CAPITALONE.COM | Mar 13 2024 22:35:00 | Capital One Bank (USA), N.A., Attn Manager, Bankruptcy Dept, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 9475300 | | EDI: CITICORP | Mar 13 2024 22:35:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 9460466 | + | Email/Text: bankruptcy@credencerm.com | Mar 13 2024 18:35:00 | Credence Resource Management, Attn Manager, Bankruptcy Dept, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1940 |
| 9460468 | | Email/Text: bankruptcynotices@eversource.com | Mar 13 2024 18:35:00 | Eversource Energy, Attn: Manager, Billing Dept., 107 Selden St, Berlin, CT 06037-1616 |
| 9460470 | | EDI: IRS.COM | Mar 13 2024 22:35:00 | Internal Revenue Service, Central Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9460471 | | EDI: JEFFERSONCAP.COM | Mar 13 2024 22:35:00 | Jefferson Capital Systems LLC, Attn Manager, Bankruptcy Dept, PO Box 17210, Golden, CO 80402-6020 |
| 9461404 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 13 2024 18:34:00 | New Jersey Turnpike Authority, Attn: Director of Tolls, PO BOX 5042, Woodbridge, NJ |

| District/off: 0205-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 13, 2024 | Form ID: 318 | Total Noticed: 35 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 9460473 | | EDI: PRA.COM | Mar 13 2024 22:35:00 | PRA Receivables Mgmt LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 9467004 | + | Email/Text: OpsEscalations@RocketLoans.com | Mar 13 2024 18:34:00 | Rocket Loans, 1274 Library Street, Detroit, MI 48226-2256 |
| 9460474 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 13 2024 18:35:00 | Rocket Mortgage, LLC, Attn: General Counsel, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 9460475 | + | Email/Text: OpsEscalations@RocketLoans.com | Mar 13 2024 18:34:00 | RocketLoans, Attn Manager, Bankruptcy Dept, 1274 Library St., Detroit, MI 48226-2256 |
| 9460477 | + | EDI: SYNC | Mar 13 2024 22:31:00 | SYNCB/Amazon, Attn Manager, Bankruptcy Dept, PO Box 365015, Orlando, FL 32896-0001 |
| 9460478 | + | EDI: SYNC | Mar 13 2024 22:31:00 | SYNCB/Lowes, Attn Manager, Bankruptcy Dept, PO Box 965005, Orlando, FL 32896-5005 |
| 9460476 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 13 2024 18:35:00 | Santander Consumer USA, Attn Manager, Bankruptcy Dept, PO Box 961245, Fort Worth, TX 76161-0244 |
| 9466722 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 13 2024 18:35:00 | Santander Consumer USA Inc, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 9460479 | + | EDI: SYNC | Mar 13 2024 22:31:00 | SynchronyBank (CareCredit), Attn Manager, Bankruptcy Dept, 950 Forrer Blvd, Dayton, OH 45420-1469 |
| 9460480 | ^ | MEBN | Mar 13 2024 18:34:07 | TD Bank NA, Attn Manager, Bankruptcy Dept, PO Box 1448, Greenville, SC 29602-1448 |
| 9467670 | + | EDI: CBSTDR | Mar 13 2024 22:35:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 9464630 | ^ | MEBN | Mar 13 2024 18:33:43 | Tolls By Mail NY, PO Box 15183, Albany, NY 12212-5183 |
| 9460483 | + | Email/Text: EBankruptcy@UCFS.NET | Mar 13 2024 18:35:00 | United Consumer Fin. Srvcs, Attn Manager, Bankruptcy Dept, 865 Bassett Rd, Westlake, OH 44145-1194 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9460469 | * | HEATHER ANN O'BRIEN TRECIOKAS, 4 Marlson Rd, Meriden, CT 06450-4745 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2024        Signature:    /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0205-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 13, 2024 | Form ID: 318 | Total Noticed: 35 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea M. O'Connor | amo@fitzgeraldpc.com  MA59@ecfcbis.com;mjp@fitzgeraldpc.com |
| Michael J. Habib | on behalf of Debtor Heather Ann O'Brien Treciokas mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Heather Ann O'Brien Treciokas<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6313<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of Connecticut | | |
| Case number:   23–30944 | | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Heather Ann O'Brien Treciokas
aka Heather Ann Treciokas, aka Heather Ann O'Brien–Treciokas

Dated: March 13, 2024                                                   BY THE COURT



Ann M. Nevins
Chief United States Bankruptcy Judge
District of Connecticut

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**