# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | ) | Case No. 23-30944 AMN |
| | ) | |
| **HEATHER ANN O'BRIEN TRECIOKAS**, | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | ECF # 35 |
| | ) | |
| HEATHER ANN O'BRIEN TRECIOKAS, | ) | |
| Debtor-Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF MERIDEN WATER DIVISION | ) | |
| Creditor-Respondent. | ) | |
| _____ | ) | |

### MOTION FOR ORDER TO SHOW CAUSE WHY CREDITOR CITY OF MERIDEN WATER DIVISION SHOULD NOT BE SANCTIONED FOR ALLEGED VIOLATIONS OF THE AUTOMATIC STAY AND/OR HELD IN CIVIL CONTEMPT FOR ALLEGED VIOLATIONS OF THE DISCHARGE INJUNCTION

**NOW COMES** the Debtor in the above-captioned action, **HEATHER ANN O'BRIEN TRECIOKAS**, by and through undersigned Counsel, and hereby Respectfully Moves this Honorable Court for an **ORDER TO SHOW CAUSE** why the Creditor **CITY OF MERIDEN WATER DIVISION** should not be sanctioned for alleged violations of the 11 U.S.C. § 362(a) Automatic Bankruptcy Stay pursuant to 11 U.S.C. § 362(k), and/or held in civil contempt for alleged violations of the 11 U.S.C. § 524(a)(2) Discharge Injunction pursuant to 11 U.S.C. § 105(a) and this Honorable Court's inherent authority.

In support hereof, the Debtor **HEATHER ANN O'BRIEN TRECIOKAS** Respectfully Represents as follows:



WILLCUTTS & HABIB, LLC
100 PEARL ST., FL. 14
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS: 440514

- 1 -

## I. J̲u̲r̲i̲s̲d̲i̲c̲t̲i̲o̲n̲ ̲a̲n̲d̲ ̲V̲e̲n̲u̲e̲

1. This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 & 1334.  This is a "core proceeding" pursuant to 28 U.S.C. §§ 157(b)(2)(A), (B), & (O).  Venue of the Debtor's Chapter 7 case and this matter is properly in this District pursuant to 28 U.S.C. §§ 1408 & 1409.

2. The Debtor resides in the City of Meriden, New Haven County, State of Connecticut, and the Debtor does not constitute a "single asset real estate" as that term is defined in 11 U.S.C. § 101.

## II. B̲a̲s̲i̲s̲ ̲f̲o̲r̲ ̲R̲e̲l̲i̲e̲f̲

3. The statutory predicate for the relief sought by the Debtor is 11 U.S.C. §§ 362(a) & (k), 11 U.S.C. § 524(a)(2), and 11 U.S.C. § 105(a).

4. Pursuant to 11 U.S.C. § 105(a), this Honorable Court, "may issue any order... necessary or appropriate to carry out the provisions of [the *Bankruptcy Code*]," and pursuant to 11 U.S.C. § 362(a), the filing of a bankruptcy petition,

> **operates as a stay, applicable to all entities, of – …**
>
> **(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate; …**
>
> **(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title; … .**

5. Pursuant to 11 U.S.C. § 362(k) "an individual injured by any willful violation of a stay provided by this section shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages."



W̲i̲l̲l̲c̲u̲t̲t̲s̲ ̲&̲ ̲H̲a̲b̲i̲b̲, LLC
100 Pearl St., Fl. 14
Hartford, CT 06103-4500
Tel: (860) 249-7071
Fax: (860) 863-4625
Firm Juris: 440514

- 2 -

6. Further, pursuant to 11 U.S.C. § 524(a)(2),

   **(a) A discharge in a case under this title— …**

   **(2) operates as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect, recover or offset any such debt as a personal liability of the debtor, whether or not discharge of such debt is waived; … .**

### III. FACTS & PROCEDURAL HISTORY

7. The Debtor commenced this action by the filing of a voluntary *Chapter 7* Petition on December 6, 2023 (ECF # 1).

8. Andrea O'Connor, Esq. was appointed Chapter 7 Trustee (ECF # 5).

9. The Creditor **CITY OF MERIDEN WATER DIVISION** was duly-listed as an unsecured creditor in *Part 2* of the Debtor's *Schedule E/F* dated December 6, 2023 (ECF # 1), at Entry # 4.8, is included in the Debtor's Creditor Matrix, and was duly-listed in a similar manner on the Debtor's *Second Amended Schedule E/F* dated January 2, 2024 (ECF # 17), at Entry # 4.12.

10. The Creditor **CITY OF MERIDEN WATER DIVISION** has been notified of the pendency of the Debtor's petition by either U.S.P.S. First-Class Mail or electronic transmission through the Bankruptcy Noticing Center (BNC) or via e-mail or electronic data interchange (EDI) at the electronic address designated by the Creditor with the BNC for purposes of receiving creditor notices.

11. The Debtor's *Section 341 Meeting* was held on January 8, 2024, at the conclusion of which the Debtor's *Meeting of Creditors* was closed (ECF # 21).

WILLCUTTS & HABIB, LLC
100 PEARL ST., FL. 14
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS: 440514

- 3 -

12. The Debtor was granted an *Order of Discharge* (ECF # 33) under 11 U.S.C. § 727 by *Order* of this Honorable Court (Nevins, J.) dated March 13, 2024, and this case has not yet been fully administered or closed.

13. As of November 27, 2023, nine (9) days prior to commencement of this bankruptcy action, the Debtor owed the Creditor **CITY OF MERIDEN WATER DIVISION** a total of **$3,315.52** for water and sewer usage through that date. *See June 1, 2024 Invoice*, appended hereto as Exhibit "**A**."

14. On or about June 5, 2024, the Debtor received an Invoice from the Creditor **CITY OF MERIDEN WATER DIVISION**, which reflects new charges of **$175.47** for water and sewage usage from November 28, 2023 through February 28, 2024, due on July 1, 2024. *See* Exhibit "**A**."

15. The total amount allegedly due to the Creditor **CITY OF MERIDEN WATER DIVISION** reflected on Exhibit "**A**" is **$3,490.99**, which is the total of the new charges of **$175.47** for usage from November 28, 2023 through February 28, 2024, and the charges of **$3,315.52** for water and sewer usage prior to the commencement of the Debtor's bankruptcy case.

16. Further, on or about February 1, 2024, almost two (2) months after the Debtor commenced the instant bankruptcy case, the Debtor received a letter entitled "**\*\*\* NOTICE OF INTENT TO LIEN \*\*\***" dated **January 30, 2024** from the Creditor **CITY OF MERIDEN WATER DIVISION**, demanding payment of **$2,142.54** for past-due water and sewage usage in 2023, plus interest, by **February 16, 2024**, and indicating that the Creditor intended to file a lien on the land records of the City of Meriden against the Debtor's primary residence at 4 Marlson Road, Meriden,



Willcutts & Habib, LLC
100 Pearl St., Fl. 14
Hartford, CT 06103-4500
Tel: (860) 249-7071
Fax: (860) 863-4625
Firm Juris: 440514

Connecticut.  *See Notice of Intent to Lien* (January 30, 2024), appended hereto as Exhibit "**B**."

17. The Debtor's primary residence at 4 Marlson Road, Meriden, Connecticut is duly listed in *Part 1* of *Schedule A/B* of the Debtor's schedules as an asset of the Debtor's bankruptcy estate, and the entirety of the Debtor's equity interest in the Debtor's primary residence is claimed as exempt in *Part 1* of *Schedule C* of the Debtor's schedules, pursuant to *Conn. Gen. Stat.* § 52-352b(21).

18. In response to the Debtor's receipt of the *Notice of Intent to Lien* at Exhibit "**B**," the Debtor's Undersigned Counsel notified the Creditor **CITY OF MERIDEN WATER DIVISION**, via both e-mail and first-class mail, that the Debtor filed for bankruptcy protection and relief over seven (7) weeks prior to the *Notice* and that the Creditor's attempts to collect a dischargeable debt from the Debtor constitute a violation of the automatic bankruptcy stay.  *See Notice of Automatic Stay Violation* (February 2, 2024), appended hereto as Exhibit "**C**.

19. Notwithstanding the *Notice* at Exhibit "**C**" having been provided to the Creditor **CITY OF MERIDEN WATER DIVISION** on or about February 2, 2024, and the Debtor's discharge on March 13, 2024, the Creditor's *June 1, 2024 Invoice* at Exhibit "**A**" continues to demand payment from the Debtor of the discharged debts for water and sewage usage incurred prior to the Debtor's petition date.

20. Furthermore, because the discharged debts continue to appear on the Debtor's account with the Creditor **CITY OF MERIDEN WATER DIVISION**, the Creditor is preventing the Debtor from making payment on the account for current water and



WILLCUTTS & HABIB, LLC
100 PEARL ST., FL. 14
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS: 440514

sewage usage of $175.47, due on July 1, 2024, and will begin to accrue interest and late fees if payment is not made by that date.

21. On June 28, 2024, the Debtor attempted to pay the Creditor **CITY OF MERIDEN WATER DIVISION** a total of $175.47 for the currently due water and sewage charges, via the Creditor's online payment portal, but the Creditor would not accept the Debtor's payment due to "previous outstanding installments that must be paid first." *See Online Payment Portal* (June 28, 2024), appended hereto as Exhibit "**D**."

22. Also on June 28, 2024, the Debtor attempted to make payment in person at the Meriden City Hall of $175.47 for the currently due water and sewage charges, but the Creditor **CITY OF MERIDEN WATER DIVISION** refused to accept the Debtor's payment due to the alleged 'unresolved outstanding balance' which the Creditor informed the Debtor to be 'about $1,200.'

23. To date, the Debtor has not incurred any compensable damages as a result of the Creditor's above conduct, except for the attorney's fees incurred and to be incurred in bringing the instant *Motion for Order to Show Cause*; however, the Creditor's refusal to accept the Debtor's tender of payment for current charges will result in the current balance incurring late fees and interest costs beginning July 1, 2024, and the Creditor continues to assess late fees and interest charges to the Debtor's account for the discharged debt.



WILLCUTTS & HABIB, LLC
100 PEARL ST., FL. 14
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS: 440514

## IV. ARGUMENT

### A. THE CREDITOR CLEARLY AND WILLFULLY VIOLATED THE § 362(A) AUTOMATIC STAY, CAUSING DAMAGES WHICH THE DEBTOR MAY RECOVER PURSUANT TO § 362(K)

24. Since the filing of the Debtor's *Chapter 7* petition on December 6, 2023, and despite the Creditor **CITY OF MERIDEN WATER DIVISION** receiving actual notice of the Debtor's bankruptcy petition and notice of the automatic bankruptcy stay pursuant to 11 U.S.C. §362(a), the Debtor **HEATHER ANN O'BRIEN TRECIOKAS** alleges that the Creditor has violated the automatic bankruptcy stay in one or more of the following ways:

    a. by continuing to attempt to collect a dischargeable debt for water and sewage usage which the Debtor incurred prior to the petition date;

    b. by mailing to the Debtor a *Notice of Intent to Lien* dated January 30, 2024 (Exhibit "**B**"), 7 weeks after the petition date, threatening to place a lien on exempt property of the bankruptcy estate, due to the Debtor's failure to pay a dischargeable debt; and,

    c. by continuing to bill the Debtor for interest and late fees accruing on and after the petition date on a dischargeable debt.

25. Said conduct by the Creditor **CITY OF MERIDEN WATER DIVISION** is a blatant, flagrant, and willful violation of the automatic stay, pursuant to 11 U.S.C. §362(a).

26. As a result of the Creditor **CITY OF MERIDEN WATER DIVISION** repeatedly knowingly and willfully violating the automatic bankruptcy stay, by attempting to collect a dischargeable debt that accrued prior to the petition date, in violation of 11



WILLCUTTS & HABIB, LLC
100 PEARL ST., FL. 14
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS: 440514

U.S.C. §362(a), this Honorable Court has the discretion to assess punitive damages for the Creditor's conduct in violation of the automatic stay, and the Debtor is entitled to recover attorney's fees from the Creditor for the costs associated with bringing the Creditor's conduct to the attention of this Honorable Court, pursuant to 11 U.S.C. § 362(k).

27. Further, the Creditor continues to assess interest and late fees accruing on and after the petition date on the dischargeable debt that was incurred prior to the petition date, and the Creditor's refusal to accept the Debtor's payment for current charges will incur late charges and interest on the current balance beginning July 1, 2024, which will be actual, calculable and foreseeable damages directly resulting from the Creditor's continued and on-going violation of the automatic stay.

### B. THE CREDITOR HAS VIOLATED AND CONTINUES TO VIOLATE THE § 524(A)(2) DISCHARGE INJUNCTION, AND THIS HONORABLE COURT MAY HOLD THE CREDITOR IN CIVIL CONTEMPT PURSUANT TO 11 U.S.C. § 105(A)

28. Since this Honorable Court granted the Debtor an *Order of Discharge* under 11 U.S.C. § 727 on March 13, 2024, the Debtor **HEATHER ANN O'BRIEN TRECIOKAS** alleges that the Creditor **CITY OF MERIDEN WATER DIVISION** has violated the Discharge Injunction under 11 U.S.C. § 524(A)(2) in one or more of the following ways:

   a. by continuing to attempt to collect a discharged debt for water and sewage usage which the Debtor incurred prior to the petition date;



WILLCUTTS & HABIB, LLC
100 PEARL ST., FL. 14
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS: 440514

- 8 -

    b. by mailing to the Debtor an *Invoice* dated June 1, 2024 (Exhibit "**A**"), which includes charges for a discharged, unsecured debt, as well as accrued interest and late fees assessed on the discharged debt;

    c. by continuing to charge and attempt to collect from the Debtor accrued interest and late fees assessed on the discharged debt; and,

    d. by refusing to accept the Debtor's tendered payment for current usage charges due to the Creditor's continuing collection actions to collect the discharged debt.

29. Pursuant to 11 U.S.C. § 105(a), this Honorable Court may sanction the Creditor **CITY OF MERIDEN WATER DIVISION** for violating and continuing to violate the Discharge Injunction under 11 U.S.C. § 524(A)(2). *See In re Haynes*, No. 11-23212 (RDD), 2014 WL 3608891, at *3 (Bankr. S.D.N.Y. July 22, 2014) (using § 105(a) to enforce the discharge injunction).

30. As clearly stated on the Debtor's *Order of Discharge*, which was served on all scheduled creditors, including the Creditor **CITY OF MERIDEN WATER DIVISION**, "Creditors who violate this order can be required to pay debtors damages and attorney's fees."

31. This Honorable, in the exercise of its' general, inherent powers to enforce its own orders, may hold the Creditor in Civil Contempt for its contemptuous conduct in violating and continuing to violate the Debtor's Discharge Injunction, which constitutes an *Order* of this Honorable Court of which the Creditor has clear and unambiguous notice.



WILLCUTTS & HABIB, LLC
100 PEARL ST., FL. 14
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS: 440514

32. This Honorable Court may punish the contemnor, upon a finding of willful contempt, by assessing monetary sanctions payable to this Honorable Court, as well as assessing damages incurred by the Debtor, if any, and attorney's fees.

**WHEREFORE**, for the foregoing reasons, the Debtor Respectfully Moves this Honorable Court to issue an **ORDER TO SHOW CAUSE** to the creditor **CITY OF MERIDEN WATER DIVISION** for alleged violations of the § 362(a) automatic bankruptcy stay, for alleged violations of the § 524(a)(2) Discharge Injunction, for damages pursuant to § 362(k), and for civil contempt and sanctions under § 105(a) and this Honorable Court's inherent authority to enforce its' *Orders* and punish contemptuous conduct.

Dated at **NEW HAVEN, CONNECTICUT** this **29th** day of **JUNE**, 20**24**.

        RESPECTFULLY SUBMITTED,
        THE DEBTOR,
        BY HER ATTORNEY,

        */s/ Michael J. Habib*
        **MICHAEL J. HABIB, ESQ.** (CT29412)
        Willcutts & Habib LLC
        100 Pearl St., Fl. 14
        Hartford, CT 06103-4500
        Tel: (860) 249-7071
        Fax: (860) 863-4625
        E-Mail: Mike@InzitariLawOffice.com



WILLCUTTS & HABIB, LLC
100 PEARL ST., FL. 14
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS: 440514

- 10 -