# EXHIBIT A

# CITY OF MERIDEN
## WATER DIVISION
## QUARTERLY WATER-SEWER BILLING

SERVICE ADDRESS          BILL #    5178

4 MARLSON RD

ACCOUNT#    5178    CYCLE 01-28    BILL DATE 6/01/24    PAY BY DATE 7/01/24

| | |
|---|---|
| Current Water Charges | 86.27 |
| Current Sewer Charges | 89.20 |
| Balance Forward | 3,315.52 |
| Total Amount Due | 3,490.99 |

OBRIEN HEATHER
4 MARLSON RD
MERIDEN  CT            06450

2983       Late charges will be applied if not paid in full by JULY 1, 2024

SERVICE ADDRESS  4 MARLSON RD

ACCOUNT# 5178    CYCLE 01-28    BILL DATE 6/01/24    PAY BY DATE 7/01/24    BILL # 5178

| Service Period | Days | Meter Number | Current | Previous | Usage CUFT | GALS |
|---|---|---|---|---|---|---|
| WA 11/28/23- 2/28/24 | 92 | 87458033 | 91500 | 90000 | 1500 | 11220 |

| Service | Consumption CCF | Charge | Total |
|---|---|---|---|
| SW Basic Service Fee | | 10.75 | |
| SW Sewer Usage Charge | 15.00 | 78.45 | |
| TOTAL SEWER | | | 89.20 |
| WA Basic Service Fee | | 11.57 | |
| WA Water Usage Charge | 15.00 | 74.70 | |
| TOTAL WATER | | | 86.27 |
| Total Current Charges | | | 175.47 |
| Balance Forward | | | 3,315.52 |
| Total Amount Due | | | 3,490.99 |

CUSTOMER MESSAGES

1. Make check payable to MERIDEN TAX COLLECTOR and mail with top section in enclosed envelope OR to 142 East Main St, Meriden, CT 06450

2. RATES: Water $4.98 per 100 Cu Ft; Sewer $5.23 per 100 Cu Ft
   Please see back of this bill for additional rates, fees and penalties.

3. BALANCE FORWARD must be paid in full by June 30, 2024 to avoid additional interest.
   PAYMENTS MADE AFTER  MAY 23, 2024 NOT REFLECTED ON THIS STATEMENT.

4. EMERGENCY AFTER HOURS - CALL (203) 238-1911

**AVOID LONG LINES-PAY BY MAIL
OR ONLINE AT WWW.MERIDENCT.GOV**

Send top section with payments in enclosed envelopes

# EXHIBIT B

# *** NOTICE OF INTENT TO LIEN ***

OBRIEN HEATHER  
4 MARLSON RD  
MERIDEN, CT 06450-0000

MAST KEY: ▓178  
LOC/DESC: 4 MARLSON RD

| BILL NUMBER | YEAR | | PRINC | INT | LIEN | FEE | TOTAL |
|---|---|---|---|---|---|---|---|
| ▓9188 WS | 2023 | S | 1,032.01 | 62.80 | 0.00 | 0.00 | 1,094.81 |
| | | W | 987.47 | 60.26 | 0.00 | 0.00 | 1,047.73 |
| | GRAND TOTAL | | 2,019.48 | 123.06 | 0.00 | 0.00 | 2,142.54 |

ACCORDING TO OUR RECORDS, YOUR 2023 WATER/SEWER CHARGES ARE NOT PAID.  IT IS THE INTENT OF THE CITY OF MERIDEN TO FILE A LIEN AGAINST YOUR PROPERTY IF THE ABOVE AMOUNT IS NOT PAID IN FULL BY 2/16/2024.  NONPAYMENT MAY ALSO RESULT IN TERMINATION OF WATER SERVICE, TAX SALE, OR OTHER COLLECTION ENFORCEMENT PROCEDURES.  A LIEN IS FILED ON THE LAND RECORDS AT A COST OF $24.00 PER SERVICE.

Above includes interest and fees figured to 02/16/2024

HANNAH PIERCE CCMC  
CITY OF MERIDEN

This notice of intent to lien must be complied with by 02/16/2024. (Printed on 01/30/2024)  
MERIDEN TAX COLLECTOR  
142 EAST MAIN ST RM117  
MERIDEN, CT 06450  
Telephone: (203) 630-4053

# EXHIBIT C

# WILLCUTTS & HABIB LLC
*Attorneys-at-Law*

THOMAS P. WILLCUTTS
MICHAEL J. HABIB

Mike@InzitariLawOffice.com

100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL. (860) 249-7071
FAX. (860) 863-4625

February 2, 2024

Hannah Pierce, CCMC
Michelle Kane, CCMC
Meriden Tax Collector Office
142 E Main St., Rm. 117
Meriden, CT 06450

**via U.S.P.S. First Class Mail, postage pre-paid
and via Electronic Mail: mkane@meridenct.gov**

**Re: Notice of Automatic Stay Violation**
   Debtor: **Heather O'Brien**    Bill Number: ▬▬▬▬**9188 WS**    Property: **4 Marlson Rd.**

Dear Ms. Pierce,

As you should be aware, my client **Heather Ann O'Brien Treciokas** filed a petition for bankruptcy relief under Chapter 7 of Title 11 of the *United States Code* on December 6, 2023, *In Re Heather Ann O'Brien Treciokas*, Docket No. 23-30944 (AMN)), with the United States Bankruptcy Court for the District of Connecticut, New Haven Division.

The City of Meriden and the Meriden Water Division are both duly listed on Ms. Treciokas' Schedules E/F as Unsecured Creditors and Creditor Matrix, at the mailing address listed on the City of Meriden website. In addition, the City of Meriden and the Meriden Water Division has received Notice of Ms. Treciokas' Bankruptcy filing through the Bankruptcy Noticing Center, as no notice mailings addressed to the City of Meriden and the Meriden Water Division have been returned as undeliverable.

Under the law, 11 U.S.C. § 342, the City of Meriden and the Meriden Water Division has received proper notice of Ms. Treciokas' bankruptcy filing.

Notwithstanding your legal notice of Ms. Treciokas' bankruptcy filing, Ms. Treciokas received a collection letter from the City of Meriden, dated January 30, 2024, over 7 weeks after filing her bankruptcy petition, in which the City of Meriden notifies Ms. Treciokas of the City's intent to place a lien on Ms. Treciokas' property, which is property of the bankruptcy estate, for water and sewer charges that accrued prior to the date of her bankruptcy petition.

Pursuant to 11 U.S.C. § 362(a), the filing of Ms. Treciokas' bankruptcy petition,

> **operates as a stay, applicable to all entities, of –**
>
> > **(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title; …**

- 1 -

Case 23-30944    Doc 35-1    Filed 06/30/24    Entered 06/30/24 00:52:12    Page 7 of 10

O'Brien-Treciokas, 23-30944 AMN  February 2, 2024
Notice of Violation of Automatic Stay  City of Meriden/Meriden Water Division

> **(3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate; …**
>
> **(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;**

Pursuant to 11 U.S.C. § 105(a), the bankruptcy court "may issue any order... necessary or appropriate to carry out the provisions of this title," and pursuant to 11 U.S.C. § 362(k) "an individual injured by any willful violation of a stay provided by this section shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages."

The City of Meriden's flagrant and willful violation of the automatic stay, by attempting to collect a dischargeable debt that is properly scheduled on Ms. Treciokas' bankruptcy petition, after the City of Meriden and the Meriden Water Division were properly notified of the bankruptcy filing, subjects the City of Meriden to monetary sanctions under 11 U.S.C. § 362(h). Courts have held that attorneys' fees incurred pursuing violations of the automatic bankruptcy stay are sufficient actual damages, alone, to sanction creditors for automatic stay violations.

Please be advised that any further attempts by the City of Meriden or the Meriden Water Division to collect from Ms. Treciokas those debts that were incurred prior to December 6, 2023, including the filing of a lien against the property of the bankruptcy estate, will be swiftly brought to the attention of the Bankruptcy Court. We will respond to any further violations of the automatic stay by pursuing a *Motion for Order to Show Cause and for Sanctions* against the City of Meriden for repeated and willful violations of the automatic bankruptcy stay, and we will seek monetary sanctions against the City of Meriden for all damages, including actual damages, costs and attorneys' fees.

**Please note, this Notice is sent as a courtesy. A Bankruptcy Debtor is not required to give advance notice of intent to seek sanctions for alleged violations of the automatic bankruptcy stay, and Ms. Treciokas reserves all rights under 11 U.S.C. § 362 to seek sanctions against the City of Meriden for this violation, as well as any future violations.**

Thank you for your attention to this very important matter. Should you have any questions regarding this letter, please feel free to contact me or to have the Corporation Counsel's Office contact me, at the contact information on this letterhead.

So advised, please be guided accordingly.

*/s/ Michael J. Habib*

Michael J. Habib, Esq.
Attorney for the Debtor


cc: Matthew McGoldrick, Esq., Corporation Counsel    Heather O'Brien-Treciokas
    City of Meriden Legal Department    4 Marlson Rd.
    142 E Main St., Rm. 240    Meriden, CT 06450
    Meriden, CT 06450

# EXHIBIT D

◀ Messages    8:08



❓
Help

## Your Invoice

Your invoice is detailed below.

🛑 **This invoice cannot be paid. You have previous outstanding installments that must be paid first.**

**Type - Sewer/Water**

| Items | Options |
|---|---|
| Sewer/Water<br>Due on 7/1/2024<br>Balance Due $175.47 | ⤴ View Invoice |

Subtotal (1 Items)    $175.47
*Not including any applicable service fees.*

[ Proceed to Payment ❯ ]

🔒 invoicecloud.com



**You have a new invoice from City of Meriden CT!**



**View Invoice or Pay Now**

Want to be reminded later? Click here.

---

**Dear OBRIEN HEATHER**

**FINAL REMINDER -  Water/Sewer bill**

Your payment has not been received and this invoice is still pending.  If you have already paid this invoice, please disregard this email.

**Account Information**

**Account Number:**
9188

**Invoice Number:**
188-2

**Invoice Due Date:**
7/1/2024

**Balance Due:**
$175.47

City of Meriden CT has implemented a convenient online billing and payment system for you to access and pay your bills. You can review and print your invoice, pay electronically, set up auto pay or schedule the date your invoice will be paid.

If this is the only bill you are paying, simply click on the gray View Invoice or Pay Now button above to get started. **Reminder- all prior bills must be paid in full before payment can be accepted on this bill**.  If you would like to pay multiple bills or if you have prior balances, click on the link below for the Meriden Online Payment portal. Be sure to click on SEWER/WATER/MISC in the blue horizontal bar to pay a water/sewer bill. **The last day to pay the June 2024 bill without interest is July 1, 2024.**

If you have any questions regarding your balance or payment options, please call the Tax Office at (203)-630-4053.  If you have questions regarding your usage, or need your name or mailing address changed, please contact the Water Department at (203)-630-4256.

Click Here For Meriden Online Payment Portal

Please Note: To ensure delivery of account related email notifications, please add no-reply@invoicecloud.net to your safe senders list. list.



Powered By InvoiceCloud

Please consider the environment before printing this email
Certain email accounts block messages that you intend to receive. To make sure that you continue to