# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | ) | Case No. 23-30944 AMN |
| | ) | |
| **HEATHER ANN O'BRIEN TRECIOKAS,** | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| HEATHER ANN O'BRIEN TRECIOKAS, | ) | |
| Debtor-Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF MERIDEN WATER DIVISION | ) | |
| Creditor-Respondent. | ) | |
| _____ | ) | |

### <u>NOTICE OF CONTESTED MATTER RESPONSE DEADLINE</u>

**PLEASE TAKE NOTICE** that the Debtor-Movant **HEATHER ANN O'BRIEN TRECIOKAS** has filed a ***Motion for Order to Show Cause and for Sanctions*** (the "Contested Matter") against the Creditor **CITY OF MERIDEN WATER DIVISION** (the "Creditor-Respondent"), with the United States Bankruptcy Court for the District of Connecticut in the above-captioned bankruptcy case.

Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than **<u>JULY 22, 2024</u>**.[1]  In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see* 11 U.S.C. §102(1).

Date: JUNE 29, 2024            By: HEATHER ANN O'BRIEN TRECIOKAS
                                                    Debtor-Movant.

---

[1] Whenever a party has the right or is required to respond or act within a prescribed period of time after service of a notice or other paper upon the party and the notice or paper is served upon the party by mail, 3 days shall be added to the prescribed period.