# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: ) <br> ) <br> **HEATHER ANN O'BRIEN TRECIOKAS,** ) <br> Debtor. ) <br> _____ ) <br> ) <br> HEATHER ANN O'BRIEN TRECIOKAS, ) <br> Debtor-Movant, ) <br> ) <br> v. ) <br> ) <br> CITY OF MERIDEN WATER DIVISION ) <br> Creditor-Respondent. ) <br> _____ ) | Case No. 23-30944 AMN <br><br> Chapter 7 <br><br><br><br><br><br><br><br><br><br><br> June 29, 2024 |

### AFFIDAVIT OF ATTORNEYS' FEES

I, MICHAEL J. HABIB, ESQ., being duly-sworn, hereby depose and state that:

1. I am over the age of eighteen-years and of sound and disposing mind;

2. I understand the duties and obligations of an Oath;

3. I am making these statements of my own personal knowledge, training, experience, and belief, except as to those matters stated upon information and belief, and as to those matters I have a good-faith basis to believe the same to be true and accurate upon information and belief;

4. I am an Attorney-at-Law with the law firm of Willcutts & Habib LLC, licensed to practice before the Honorable Courts of the State of Connecticut since November 5, 2012, the United States District Court for the District of Connecticut since December 9, 2013, and the United States Bankruptcy Court for the District of



WILLCUTTS & HABIB, LLC
100 PEARL ST., FL. 14
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

-1-

Connecticut from January 2014 through April 2019 and from May 2020 through the present;

5. I represent the Debtor HEATHER ANN O'BRIEN TRECIOKAS in the above-captioned matter, and I am the attorney of record, as of record more specifically appears;

6. I was retained by the Debtor to represent the Debtor in the above-captioned Chapter 7 bankruptcy proceeding pursuant to a written fee agreement;

7. Pursuant to the terms of said fee agreement, I agreed to accept a flat-fee for the preparation and prosecution of the Debtor's bankruptcy petition, and for attendance at the Section 341 Creditor's meeting;

8. For all other matters, including all motion practice and any contested matters or adversary proceedings, in consideration of the flat-fee referenced above, I have agreed to accept a reduced hourly fee of $175 per-hour, plus mileage reimbursement for all round-trip travel from either my office in Hartford or my residence in New Haven, whichever is closer, to any in-person hearings before this Honorable Court, at the prevailing IRS mileage reimbursement rate, which is currently $0.655 per-mile;

9. In addition, pursuant to the written fee agreement with the Debtor, the Debtor is responsible for reimbursing all fees, costs, and expenses advanced by this Firm in the prosecution of this *Motion*;

10. In fulfilling my contractual, ethical, and legal obligations to the Debtor in the above-captioned matter, with specific regard only to the *Motion for Order to Show Cause*



WILLCUTTS & HABIB, LLC
100 PEARL ST., FL. 14
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

and for Sanctions against Creditor CITY OF MERIDEN WATER DIVISION for alleged violations of the automatic bankruptcy stay and alleged violations of the discharge injunction, to-date the Debtor has incurred the following legal fees and reimbursable expenses in the prosecution of the *Motion*:

| DATE | DESCRIPTION | QTY | RATE | TOTAL |
|---|---|---|---|---|
| 2/1/2024 | Draft *Notice of Alleged Automatic Stay Violation(s)* to City of Meriden Water Division re: Lien Notice for water & sewage | 0.6 hrs | $175 | $105.00 |
| 2/2/2024 | Postage (*Notice of Alleged Automatic Stay Violation*) | 4 pcs | $0.64 | $2.56 |
| 6/28/2024 | In-person consultation with Debtor re: City of Meriden Water Division continued collection activities and refusal to accept payment for current charges | 0.7 hrs | $175 | $122.50 |
| 6/28/2024 | Research automatic stay violations and discharge injunction violations by a municipal utility | 0.8 hrs | $175 | $140.00 |
| 6/28/2024 | Draft & File *Motion for Order to Show Cause*, *Notice of Contested Matter Response Deadline*, *Proposed Order*, and *Certificate of Service* | 1.9 hrs | $175 | $332.50 |
| 6/29/2024 | Postage (*Motion for Order to Show Cause*) | 5 pcs | $2.11 | $10.55 |
| | | | **TOTAL:** | **$713.11** |

11. In addition, in the prosecution of the instant *Motion for Order to Show Cause* against the Creditor CITY OF MERIDEN WATER DIVISION, I anticipate that the Debtor will incur the following additional (prospective) attorney fees and reimbursable expenses:

| DATE | DESCRIPTION | QTY | RATE | TOTAL |
|---|---|---|---|---|
| TBD | Postage (Serve of *Notice of Hearing*) | 5 pcs | $0.64 | $3.20 |
| TBD | Review Creditor City of Meriden Water Division *Response* or *Objection* to Debtor's *Motion* | 0.3 hrs | $175 | $52.50 |
| TBD | Draft & File *Reply* to Creditor's *Response* or *Objection* | 0.7 hrs | $175 | $122.50 |
| TBD | Roundtrip Mileage (to District of Connecticut Bankruptcy Court – New Haven Division) | 6.4 mi | $0.655 | $4.19 |
| TBD | In-person attendance at initial hearing on Debtor's *Motion for Order to Show Cause* | 0.8 hrs | $175 | $140.00 |
| TBD | Roundtrip Mileage (to District of Connecticut Bankruptcy Court – New Haven Division) | 6.4 mi | $0.655 | $4.19 |
| TBD | In-person attendance at Evidentiary Hearing on Debtor's *Motion for Order to Show Cause* | 1.5 hrs | $175 | $332.50 |
| | | | **TOTAL:** | **$659.08** |



WILLCUTTS & HABIB, LLC
100 PEARL ST., FL. 14
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 3 -

12. Based upon my training and experience, as a member in good-standing of the Bar of this State, this District and of this Honorable Court, in consideration of all of the factors required to be considered pursuant to Rule 1.5 of the *Connecticut Rules of Professional* Conduct, I believe that a discounted hourly rate of $175 per-hour for the above legal services is a fair and reasonable hourly rate;

13. Further, based upon all of the factors and considerations stated above in Paragraph 12 of this Affidavit, I believe that the above charges in Paragraph 10 of $700.00 for legal fees already incurred and the above charges in Paragraph 11 of $647.50 for anticipated legal fees expected to be incurred in the prosecution of this matter, plus reimbursable expenses of $13.11 already expended and $11.58 of reasonably anticipated reimbursable expenses, for total requested Attorneys' Fees of $1,347.50 plus $24.69 in expenses, is fair and reasonable for the specific events and anticipated events in the prosecution of the Debtor's *Motion for Order to Show Cause*;

14. To the extent that the above-requested attorneys' fees and expenses are only anticipated and may change based upon the actual billable events that occur in the prosecution of the Debtor's *Motion for Order to Show Cause*, the above-requested attorneys' fees and expenses may reasonably change, and a separate and revised Affidavit of Attorneys' Fees will be filed with this Honorable Court;

15. This Affidavit is made in anticipation of the successful prosecution in the United States Bankruptcy Court for the District of Connecticut of the Debtor's *Motion for Order to Show Cause* against the Creditor CITY OF MERIDEN WATER DIVISION for the Creditor's alleged violations of the 11 U.S.C. § 362(a) Automatic



WILLCUTTS & HABIB, LLC
100 PEARL ST., FL. 14
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

Bankruptcy Stay and alleged violations of the 11 U.S.C. § 524(a)(2) Discharge Injunction, where the recovery of attorneys' fees is specifically authorized pursuant to 11 U.S.C. § 362(k) and implicitly authorized under 11 U.S.C. § 105(a) consistent with our caselaw, and other applicable law.

I, **MICHAEL J. HABIB, ESQ**, hereby affirm, under penalty of false statement, that the statements contained above in the foregoing Affidavit are true and accurate.

Dated at East Haven, CONNECTICUT this 29th day of JUNE, 2024.

_____
MICHAEL J. HABIB, ESQ., THE AFFIANT

**WITNESSETH**

STATE OF CONNECTICUT    )
                        )   ss: EAST HAVEN
COUNTY OF NEW HAVEN     )

Subscribed and Sworn-to before me, this 29th day of June, 2024.

_____
THOMAS P. WILLCUTTS, ESQ.
Commissioner of the Superior Court



WILLCUTTS & HABIB, LLC
100 PEARL ST., FL. 14
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514