# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: ) <br> ) <br> **HEATHER ANN O'BRIEN TRECIOKAS**, ) <br> Debtor. ) <br> _____ ) <br> ) <br> HEATHER ANN O'BRIEN TRECIOKAS, ) <br> Debtor-Movant, ) <br> ) <br> v. ) <br> ) <br> CITY OF MERIDEN WATER DIVISION ) <br> Creditor-Respondent. ) <br> _____ ) | Case No. 23-30944 AMN <br><br> Chapter 7 |

### PROPOSED ORDER ON DEBTOR'S MOTION FOR ORDER TO SHOW CAUSE

THIS MATTER having come before the Court upon the *Motion for Order to Show Cause why Creditor City of Meriden Water Division should not be Sanctioned for Alleged Violations of the Automatic Stay and/or Held in Civil Contempt for Alleged Violations of the Discharge Injunction* (ECF No. 35) by the Debtor HEATHER ANN O'BRIEN TRECIOKAS, after notice and hearing, *see* 11 U.S.C. § 102(1), and the Court having considered the *Motion* and any *Response* or *Objection* filed thereto:

It is hereby **ORDERED**:

1. The Court finds that the Creditor **CITY OF MERIDEN WATER DIVISION** has engaged in conduct in violation of the automatic stay pursuant to 11 U.S.C. § 362(a);

2. Pursuant to 11 U.S.C. § 362(k), the Debtor is entitled to recover from the Creditor **CITY OF MERIDEN WATER DIVISION** compensatory damages in the amount of $_____ for damages resulting from the Creditor's violations of the automatic stay, and punitive damages in the amount of $_____;

3. Pursuant to 11 U.S.C. § 362(k), the Debtor is entitled to recover from the Creditor **CITY OF MERIDEN WATER DIVISION** attorney's fees in the amount of $_____ for the costs incurred filing and prosecuting the *Motion for Order to Show Cause*;

4. The Creditor **CITY OF MERIDEN WATER DIVISION** is ORDERED to pay the above sums to the Debtor within 30 days of this *Order*;

It is further **ORDERED**:

1. That the Debtor has proven by clear and convincing evidence that the Creditor **CITY OF MERIDEN WATER DIVISION** willfully violated the Discharge Injunction pursuant to 11 U.S.C. § 524(a)(2);

2. That this Court's *Order of Discharge* is a clear and unambiguous *Order* of this Court and the Creditor **CITY OF MERIDEN WATER DIVISION** had notice of this Court's *Order*;

3. That the Creditor **CITY OF MERIDEN WATER DIVISION** is hereby found to be held in Civil Contempt for willfully violating the clear and unambiguous *Order* of this Court;

4. The contemnor is hereby sanctioned as follows: