# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re**:** | ) | Case No. 23-30944 AMN |
| | ) | |
| **HEATHER ANN O'BRIEN TRECIOKAS**, | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| HEATHER ANN O'BRIEN TRECIOKAS, | ) | |
| Debtor-Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF MERIDEN WATER DIVISION | ) | |
| Creditor-Respondent. | ) | |
| _____ | ) | June 29, 2024 |

### CERTIFICATE OF SERVICE

In accordance with the applicable provisions of *Fed. R. Bankr. P.* 2002, 7004(b)(6), 9013 & 9014, and *Local Bankr. R.* 9013-1 & 9014-1, the Undersigned certifies that on the **29****TH** day of **JUNE**, **2024**, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, and via USPS First-Class Mail on the parties listed in section 2 below:

1. **Documents Served:**

    1. *Notice of Contested Matter and Response Date*;

    2. Debtor's *Motion for Order to Show Cause and for Sanctions* and accompanying Exhibits **A** through **D**;

    3. *Proposed Order*;

    4. *Affidavit of Attorney Fees*; and,

    5. *Certificate of Service*.



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 1 -

**2. Parties Served via First Class Mail:**

**CITY OF MERIDEN WATER DIVISION**
Attn: Richard Meskill, Director
117 Parker Ave
Meriden, CT 06450-5925

**CITY OF MERIDEN TAX COLLECTOR**
Attn: Hannah Pierce, CCMC
142 E Main St
Meriden, CT 06450-5605

**HEATHER ANN O'BRIEN TRECIOKAS**
4 Marlson Rd.
Meriden, CT 06450-4745

**CITY OF MERIDEN, CITY CLERK**
Attn: Michael Cardona, City Clerk
142 E Main St
Meriden, CT 06450-5605

**CITY OF MERIDEN DEPARTMENT OF LAW**
Attn: Matthew McGoldrick, Esq.,
Corporation Counsel
142 E Main St
Meriden, CT 06450-5605

Dated at **NEW HAVEN, CONNECTICUT** this **29**th day of **JUNE**, **2024**.

*/s/ Michael J. Habib*
**MICHAEL J. HABIB, ESQ.** (CT29412)



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514