# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re**:** ) | Case No. 23-30944 AMN | |
| ) | | |
| **HEATHER ANN O'BRIEN TRECIOKAS**, ) | Chapter 7 | |
| Debtor. ) | | |
| _____ ) | | |
| ) | | |
| HEATHER ANN O'BRIEN TRECIOKAS, ) | | |
| Debtor-Movant, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| CITY OF MERIDEN WATER DIVISION ) | | |
| Creditor-Respondent. ) | | |
| _____ ) | JULY 8, 2024 | |

### CERTIFICATE OF SERVICE

In accordance with the *Order* of the Court dated July 3, 2024, the applicable provisions of *Fed. R. Bankr. P.* 2002, 7004(b)(6), 9006 & 9014, and *D. Conn. Bankr. L.R.* 2002, 9006, 9014 & *Appendix M*, the Undersigned certifies that on the **8TH** day of **JULY**, **2024**, the following document in *Section 1*, below, was served on the U.S. Trustee and all appearing parties via the Court's CM/ECF electronic filing system, and via USPS First-Class Mail on the parties listed in *Section 2*, below:

1. **Document Served:**

    1. *Notice of Hearing on Appendix M Matter* (ECF # 36).

2. **Parties Served via First Class Mail:**

**CITY OF MERIDEN WATER DIVISION**
Attn: Richard Meskill, Director
117 Parker Ave
Meriden, CT 06450-5925

**CITY OF MERIDEN TAX COLLECTOR**
Attn: Hannah Pierce, CCMC
142 E Main St
Meriden, CT 06450-5605



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

- 1 -

**HEATHER ANN O'BRIEN TRECIOKAS**
4 Marlson Rd.
Meriden, CT 06450-4745

**CITY OF MERIDEN, CITY CLERK**
Attn: Michael Cardona, City Clerk
142 E Main St
Meriden, CT 06450-5605

**CITY OF MERIDEN DEPARTMENT OF LAW**
Attn: Matthew McGoldrick, Esq.,
Corporation Counsel
142 E Main St
Meriden, CT 06450-5605

Dated at **NEW HAVEN, CONNECTICUT** this **8**th day of **JULY**, **2024**.

_____
**MICHAEL J. HABIB, ESQ.** (CT29412)

WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514