# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
July 3, 2024

In re:

Heather Ann O'Brien Treciokas  
Debtor*

Case Number: 23–30944  
Chapter: 7

### NOTICE OF HEARING ON APPENDIX M MATTER

**TO THE RECIPIENT OF THIS NOTICE: Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that pursuant to D. Conn. Bankr. L.R. 9014–1(m), a hearing will be held on **July 31, 2024** at **10:00 AM** at **157 Church Street, 18th Floor, New Haven, CT 06510** to consider and act upon the following matter(s):

> Motion For Sanctions For Violation of the Discharge Injunction 11 USC 524(a), 11 USC 105, in addition to, Motion for Order to Show Cause Why Creditor City of Meriden Water Division should not be sanctioned for alleged Automatic Stay Violations 11 USC 362(k) Filed by Michael J. Habib on behalf of Heather Ann O'Brien Treciokas, Debtor. (ECF No. 35) (the "Movant(s)") (the "Matter").

In accordance with Fed. R. Bankr. P. 9006(d), any party shall file any Objection and/or Response on or before **July 24, 2024** and the Movant(s) shall file any Reply on or before **July 26, 2024.**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the Court, the hearing may be continued or adjourned without further notice.

If Respondents to the Matter or other party entitled to service of the Contested Matter (the "Respondent(s)") wishes to be heard on the Matter, such party or its attorney must be in attendance during the above scheduled hearing.

**TO THE MOVANT:**

**YOU ARE REQUIRED TO SERVE THIS NOTICE OF HEARING.** In accordance with D. Conn. Bankr. L.R. 2002–1 and Appendix A of the Local Rules, the Movant(s) shall serve this Notice of Hearing on the Respondents on or before **July 8, 2024.**

**YOU ARE REQUIRED TO FILE A CERTIFICATE OF SERVICE.** The Movant(s) shall file a Certificate of Service on or before **July 9, 2024** before **4:00 PM** evidencing that proper service was made. Untimely certificates of service may result in the hearing not being held.

In accordance with D. Conn. Bankr. L.R. 2002–1(a), 9036–1 and Appendix A, service of this Notice of Hearing upon parties who are CM/ECF Filers and/or have consented to electronic service, is made via the Court's CM/ECF System. The Notice of Electronic Filing ("NEF") of this Notice of Hearing generated by the Court's CM/ECF System shall be deemed to be a certificate of service in accordance with Appendix A, Section 4(c).

Dated: July 3, 2024

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – nsm