# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re**:** | ) | Case No. 23-30944 AMN |
| | ) | |
| **HEATHER ANN O'BRIEN TRECIOKAS**, | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | ECF No. 38 |
| | ) | |
| HEATHER ANN O'BRIEN TRECIOKAS, | ) | |
| Debtor-Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF MERIDEN WATER DIVISION | ) | |
| Creditor-Respondent. | ) | |
| _____ | ) | JULY 18, 2024 |

### NOTICE OF WITHDRAWAL OF DEBTOR'S
### MOTION FOR ORDER TO SHOW CAUSE (ECF # 35)

**PLEASE TAKE NOTICE** that **HEATHER ANN O'BRIEN TRECIOKAS**, the Debtor in the above-captioned matter, Respectfully Represents that:

1. On June 30, 2024, the Debtor filed the *Motion for Order to Show Cause* (the "Motion") as to Creditor **CITY OF MERIDEN WATER DIVISION** (ECF # 35);

2. After the discussions of the parties on their own, the parties have freely and voluntarily agreed to a resolution of the pending *Motion for Order to Show Cause* (ECF # 35), that is fair, reasonable, and acceptable to the parties;

1

3. As a result, the Debtor hereby Respectfully **WITHDRAWS** the *Motion for Order to Show Cause* (ECF # 35) <u>with prejudice</u> as to all matters alleged therein.

Dated at **NEW HAVEN**, **CONNECTICUT** this **18th** day of **JULY**, **2024**.

        **RESPECTFULLY SUBMITTED,**
        **THE DEBTOR,**
        **BY HER ATTORNEY,**

        */s/ Michael J. Habib*
        **MICHAEL J. HABIB, ESQ.** (CT29412)
        Willcutts & Habib LLC
        100 Pearl St., Fl. 14
        Hartford, CT 06103-4500
        Tel: (860) 249-7071
        Fax: (860) 863-4625
        E-Mail: Mike@InzitariLawOffice.com