# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | ) | Case No. 23-30944 AMN |
| | ) | |
| **HEATHER ANN O'BRIEN TRECIOKAS**, | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| HEATHER ANN O'BRIEN TRECIOKAS, | ) | |
| Debtor-Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF MERIDEN WATER DIVISION | ) | |
| Creditor-Respondent. | ) | |
| _____ | ) | JULY 18, 2024 |

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of *Fed. R. Bankr. P.* 2002, 7004(b)(6), 9006 & 9014, and *D. Conn. Bankr. L.R.* 2002, 9006, 9014 & *Appendix M*, the Undersigned certifies that on the **18TH** day of **JULY**, **2024**, the following document in *Section 1*, below, was served on the U.S. Trustee and all appearing parties via the Court's CM/ECF electronic filing system, and via USPS First-Class Mail on the parties listed in *Section 2*, below:

1. **Document Served:**

   a. *Notice of Withdrawal of Debtor's Motion for Order to Show Cause* (ECF # 38).

2. **Parties Served via First Class Mail:**

**CITY OF MERIDEN WATER DIVISION**
Attn: Richard Meskill, Director
117 Parker Ave
Meriden, CT 06450-5925

**CITY OF MERIDEN TAX COLLECTOR**
Attn: Hannah Pierce, CCMC
142 E Main St
Meriden, CT 06450-5605



WILLCUTTS & HABIB LLC
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514

**HEATHER ANN O'BRIEN TRECIOKAS**
4 Marlson Rd.
Meriden, CT 06450-4745

**CITY OF MERIDEN, CITY CLERK**
Attn: Michael Cardona, City Clerk
142 E Main St
Meriden, CT 06450-5605

**CITY OF MERIDEN DEPARTMENT OF LAW**
Attn: Matthew McGoldrick, Esq.,
Corporation Counsel
142 E Main St
Meriden, CT 06450-5605

**KRISTIN B. MAYHEW, ESQ.**   *Attorney for the Creditor*
Pullman & Comley LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Dated at **NEW HAVEN, CONNECTICUT** this **18th** day of **JULY**, **2024**.

*/s/ Michael J. Habib*

**MICHAEL J. HABIB, ESQ.** (CT29412)

**WILLCUTTS & HABIB LLC**
100 PEARL ST., 14TH FLR.
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (860) 863-4625
FIRM JURIS NO. 440514