UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re ) | Chapter 7, No. 23-30944 |
| ) | |
| HEATHER ANN O'BRIEN TRECIOKAS ) | |
| ) | |
| Debtor ) | |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

ANDREA M. O'CONNOR, the Chapter 7 Trustee of the above-captioned Estate ("Trustee" or "Applicant") hereby requests, pursuant to 11 U.S.C. §§ 326 and 330 and Fed. R. Bankr. P. 2016, the allowance of fees and expenses in connection with her service as Trustee in this case. In support of this Application, the Trustee respectfully represents as follows:

1. Since her appointment as Trustee in this case, your Applicant has rendered valuable services to the estate, expending 9.80 hours of professional services, which have a value of $2,871.00 and accrued $26.83 in out-of-pocket expenses. A detailed account of these services and expenses is annexed hereto as Exhibit A.

2. The total disbursements in this case to parties-in-interests, excluding the debtor, will be $3,457.00; accordingly, pursuant to 11 U.S.C. § 326(a), the maximum commission for services rendered that can be paid to the Trustee is $864.25. A detailed computation of the calculation of the maximum allowable commission is annexed hereto as Exhibit B.

3. The fees requested herein represent reasonable compensation for actual and necessary services rendered in connection with this matter and were beneficial to the Bankruptcy Estate. Additionally, the out-of-pocket expenses requested represent actual and necessary expenses.

4. The fees and expenses sought herein belong solely to your Applicant and will not be pooled, shared, or divided with any other person or firm.

5. Your Applicant has not received any compensation thus far for the above-described services and expenses.

WHEREFORE, your Applicant requests that she be awarded a commission in the amount of $864.25 and reimbursement of out-of-pocket expenses in the amount of $26.83.

I HEREBY DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

           ANDREA M. O'CONNOR, TRUSTEE

Dated: July 17, 2024

           By: /s/ Andrea M. O'Connor
              ANDREA M. O'CONNOR, ESQ.
              For FITZGERALD LAW, P.C.
              46 Center Square
              East Longmeadow, MA 01028
              Tel. (413) 486-1110
              amo@fitzgeraldpc.com
              Federal Bar No.: 28594 (Connecticut)



EXHIBIT A

# Fitzgerald Law, P.C.

## INVOICE

46 Center Square
East Longmeadow, MA 01028
info@fitzgeraldpc.com
www.fitzgeraldpc.com
O: (413) 486-1110

| Number | 8039 |
|---|---|
| Issue Date | 7/15/2024 |
| Matter | 20203 - TRA |

### Bill To:

Heather Ann Treciokas

4 Marlson Road
Meriden, CT 06450

## Task

| Task | Billed By | Rate | Hours | Amount |
|---|---|---|---|---|
| Time<br>1/9/2024<br>Drafted Trustee's Report of Assets and Request for Bar Date | Mary Jane Plifka | $165.00 | 0.20 | $33.00 |
| Time<br>3/18/2024<br>Applied for Insta-TIN and opened bank account | Mary Jane Plifka | $165.00 | 0.20 | $33.00 |
| Time<br>3/20/2024<br>Prepared deposit and updated ledger | Mary Jane Plifka | $165.00 | 0.20 | $33.00 |
| Time<br>3/20/2024<br>Review Debtor's 2023 tax returns; review and reply to email from Atty. Habib re: tax refund turnover | Andrea M O'Connor | $385.00 | 0.40 | $154.00 |
| Time<br>3/20/2024<br>Review deposit re: federal income tax refund | Andrea M O'Connor | $385.00 | 0.10 | $38.50 |
| Time<br>3/29/2024<br>Review claims re: validity, priority, and amount | Andrea M O'Connor | $385.00 | 0.50 | $192.50 |
| Review Trustee's Receipts<br>4/5/2024<br>Reviewed Trustee's Receipts and Disbursement Reports and current bank statement | Andrea M O'Connor | $385.00 | 0.20 | $77.00 |
| Review Trustee's Receipts<br>5/9/2024<br>Reviewed Trustee's Receipts and Disbursement Reports and current bank statement | Andrea M O'Connor | $385.00 | 0.20 | $77.00 |
| Time<br>5/14/2024<br>Review additional claims re: validity, priority, and amount | Andrea M O'Connor | $385.00 | 0.40 | $154.00 |

| Task | Billed By | Rate | Hours | Amount |
|---|---|---|---|---|
| Review Trustee's Receipts<br>6/5/2024<br>Reviewed Trustee's Receipts and Disbursement Reports and current bank statement | Andrea M O'Connor | $385.00 | 0.20 | $77.00 |
| Review Trustee's Receipts<br>7/5/2024<br>Reviewed Trustee's Receipts and Disbursement Reports and current bank statement | Andrea M O'Connor | $385.00 | 0.20 | $77.00 |
| Time<br>7/11/2024<br>Prepared Trustee's Final Report and Account Before Distribution, Request for Compensation; prepared Trustee's Final Application for Fees and Expenses | Mary Jane Plifka | $165.00 | 2.00 | $330.00 |
| Time<br>7/12/2024<br>(Anticipated) Prepare for and attend hearing re: Trustee's Final Report | Andrea M O'Connor | $385.00 | 1.50 | $577.50 |
| Time<br>7/15/2024<br>Reviewed Final Report and related pleadings | Andrea M O'Connor | $385.00 | 1.70 | $654.50 |
| Time<br>7/15/2024<br>(Anticipated) Drafted Distribution letters to creditors | Mary Jane Plifka | $165.00 | 1.00 | $165.00 |
| Time<br>7/15/2024<br>(Anticipated) Prepared Trustee's After Distribution Report | Mary Jane Plifka | $165.00 | 0.50 | $82.50 |
| Time<br>7/15/2024<br>(Anticipated) Reviewed Trustee's After Distribution Report | Andrea M O'Connor | $385.00 | 0.30 | $115.50 |
| | **Task Total** | | **9.80** | **$2,871.00** |

Expenses

| Expenses | Billed By | Price | Qty | Amount |
|---|---|---|---|---|
| Copying<br>12/11/2023<br>Copies of Schedules and Statements | Mary Jane Plifka | $0.20 | 71.00 | $14.20 |
| Copying<br>7/11/2024<br>Copy of banking file | Mary Jane Plifka | $0.20 | 25.00 | $5.00 |
| Copying<br>7/15/2024<br>(Anticipated) Copies of Distribution letters and checks to creditors | Mary Jane Plifka | $0.20 | 14.00 | $2.80 |
| Postage<br>7/15/2024<br>(Anticipated) Mailing of Distribution letters and checks to creditors | Mary Jane Plifka | $0.69 | 7.00 | $4.83 |
| | **Expenses Total:** | | **117.00** | **$26.83** |

|  |  |
|---|---|
| Total (USD) | $2,897.83 |
| Paid | $0.00 |
| Balance | $2,897.83 |

## Terms & Conditions

A 1% (12% annually) interest charge will be applied to all balances outstanding 30 days after billing date.

## Trust Account Balance

| Date | Item | Amount | Balance |
|---|---|---|---|
| **7/12/2024** | **Current Balance** | | **$0.00** |

# EXHIBIT B

Printed: 07/15/2024 9.23 AM

**Trustee's Compensation**

**Debtor:** Heather Ann O'Brien Treciokas     **Case:** 23-30944

**Computation of Compensation**

Total disbursements to other than the debtor are: 3,457.00

Pursuant to 11 U.S.C. 326, compensation is computed as follows:

| | | | |
|---|---:|---|---:|
| 25% of First $5,000 | 3,457.00 | = | 864.25 |
| 10% of Next $45,000 | 0.00 | = | 0.00 |
| 5% of Next $950,000 | 0.00 | = | 0.00 |
| 3% of Balance | 0.00 | = | 0.00 |

| | |
|---:|---:|
| **Calculated Total Compensation:** | **$864.25** |
| Plus Adjustment: | 0.00 |
| **Total Compensation:** | **$864.25** |
| Less Previously Paid: | 0.00 |
| **Total Compensation Requested:** | **$864.25** |

**Trustee Expenses**

TRUSTEE EXPENSES     $26.83

| | |
|---:|---:|
| **Subtotal Expenses:** | **$26.83** |
| Plus Adjustment: | 0.00 |
| **Total Expenses:** | **$26.83** |
| Less Previously Paid: | 0.00 |
| **Total Expenses Requested:** | **$26.83** |

   The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

   WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $864.25 as compensation and $26.83 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated:     07/15/2024

Signed: /s/ ANDREA M. O'CONNOR

ANDREA M. O'CONNOR, TRUSTEE
Fitzgerald Law, P.C., 46 Center Square
East Longmeadow, MA 01028

# United States Bankruptcy Court

## District of Connecticut

In re: HEATHER ANN O'BRIEN TRECIOKAS

Case Number: 23-30944

Chapter: 7

Debtor

## ORDER APPROVING FINAL APPLICATION FOR COMPENSATION

Pursuant to 11 U.S.C. §§ 330 and/or 331, (the "Applicant"), filed a Final Application for Compensation on (the "Application", ECF No. ). After notice and a hearing, and in the absence of any objection to the Application; it is hereby

**ORDERED:** The Application is approved and the fees in the amount of $_____ , and reimbursement of expenses in the amount of $_____, is awarded as compensation to the subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full.