United States Bankruptcy Court
District of Connecticut

In re: Case No. 23-30944-amn
Heather Ann O'Brien Treciokas Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3     User: admin     Page 1 of 3
Date Rcvd: Jul 31, 2024     Form ID: pdfdoc1     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Heather Ann O'Brien Treciokas, 4 Marlson Rd, Meriden, CT 06450-4745 |
| 9460464 | + | CONNECTICUT ATTORNEY GENERAL, ATTN: AAG GARY G WILLIAMS, COLLECTIONS DEPARTMENT, PO BOX 120, HARTFORD, CT 06141-0120 |
| 9460465 | | CT Dept. of Revenue Srvcs., c/o Attorney General's Office, 55 Elm St, Hartford, CT 06106-1746 |
| 9460462 | + | CapitalOne Bank, NA/Kohl's, Attn Manager, Bankruptcy Dept, PO Box 3043, Milwaukee, WI 53201-3043 |
| 9460463 | + | City of Meriden Tax Collector, Attn: Michelle Kane, 142 E Main St, Meriden, CT 06450-5667 |
| 9464628 | + | Equitable Fin Life Ins Co, Attn Manager, Bankruptcy Dept, 1290 Avenue of the Americas, New York, NY 10104-0101 |
| 9461402 | + | Hartford Parking Authority, Attn: Jill Turlo, CEO, 11 Asylum St. # 2, Hartford, CT 06103-2202 |
| 9460472 | | Meriden Water Division, Attn Richard Meskill,Director, 117 Parker Ave, Meriden, CT 06450-5925 |
| 9461403 | + | New Jersey Turnpike Authority, Attn: Director of Tolls, 1 Turnpike Plaza, Woodbridge, NJ 07095-5195 |
| 9460481 | + | TDRCS/Raymour & Flanigan, Attn Manager, Bankruptcy Dept, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |
| 9460482 | | U.S. Securities and Exchange, Commission, 100 F St Ne, Washington, DC 20549-2000 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 9460459 | + | Email/Text: g17768@att.com | Jul 31 2024 18:35:00 | AT&T Wireless, c/o Bankruptcy Dept., Attn: Manager, 4331 Communications Dr Fl 4W, Dallas, TX 75211-1300 |
| 9460460 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 31 2024 18:44:28 | Best Buy/CBNA, Attn Manager, Bankruptcy Dept, PO Box 70601, Philadelphia, PA 19176-0601 |
| 9460467 | | Email/Text: DRS.Bankruptcy@ct.gov | Jul 31 2024 18:35:00 | CT Dept. of Revenue Srvcs., Attn Manager, Bankruptcy Dept, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9460461 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 31 2024 18:44:27 | Capital One Bank (USA), N.A., Attn Manager, Bankruptcy Dept, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 9475300 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 31 2024 18:44:51 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 9460466 | + | Email/Text: bankruptcy@credencerm.com | Jul 31 2024 18:36:00 | Credence Resource Management, Attn Manager, Bankruptcy Dept, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1940 |
| 9460468 | | Email/Text: bankruptcynotices@eversource.com | Jul 31 2024 18:36:00 | Eversource Energy, Attn: Manager, Billing Dept., 107 Selden St, Berlin, CT 06037-1616 |
| 9460470 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 31 2024 18:35:00 | Internal Revenue Service, Central Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9484692 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 31 2024 18:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 9460471 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 31 2024 18:36:00 | Jefferson Capital Systems LLC, Attn Manager, Bankruptcy Dept, PO Box 17210, Golden, CO |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 9461404 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com Jul 31 2024 18:35:00 | | New Jersey Turnpike Authority, Attn: Director of Tolls, PO BOX 5042, Woodbridge, NJ 07095-5042 |
| 9460473 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2024 18:34:17 | | PRA Receivables Mgmt LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 9464629 | + | Email/Text: ielson@panynj.gov Jul 31 2024 18:35:00 | | Port Authority NY NJ, Attn: Rick Cotton, Exec. Dir., 4 World Trade Center, 150 Greenwich St., New York, NY 10007-2364 |
| 9467004 | + | Email/Text: OpsEscalations@RocketLoans.com Jul 31 2024 18:35:00 | | Rocket Loans, 1274 Library Street, Detroit, MI 48226-2256 |
| 9460474 | + | Email/Text: bankruptcyteam@quickenloans.com Jul 31 2024 18:36:00 | | Rocket Mortgage, LLC, Attn: General Counsel, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 9460475 | + | Email/Text: OpsEscalations@RocketLoans.com Jul 31 2024 18:35:00 | | RocketLoans, Attn Manager, Bankruptcy Dept, 1274 Library St., Detroit, MI 48226-2256 |
| 9460477 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jul 31 2024 18:44:41 | | SYNCB/Amazon, Attn Manager, Bankruptcy Dept, PO Box 365015, Orlando, FL 32896-0001 |
| 9460478 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jul 31 2024 18:44:42 | | SYNCB/Lowes, Attn Manager, Bankruptcy Dept, PO Box 965005, Orlando, FL 32896-5005 |
| 9460476 | + | Email/Text: enotifications@santanderconsumerusa.com Jul 31 2024 18:36:00 | | Santander Consumer USA, Attn Manager, Bankruptcy Dept, PO Box 961245, Fort Worth, TX 76161-0244 |
| 9466722 | + | Email/Text: enotifications@santanderconsumerusa.com Jul 31 2024 18:36:00 | | Santander Consumer USA Inc, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 9460479 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jul 31 2024 18:32:51 | | SynchronyBank (CareCredit), Attn Manager, Bankruptcy Dept, 950 Forrer Blvd, Dayton, OH 45420-1469 |
| 9460480 | | ^ MEBN Jul 31 2024 18:28:56 | | TD Bank NA, Attn Manager, Bankruptcy Dept, PO Box 1448, Greenville, SC 29602-1448 |
| 9467670 | + | Email/Text: tdebn@credbankserv.com Jul 31 2024 18:35:00 | | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 9464630 | | ^ MEBN Jul 31 2024 18:29:38 | | Tolls By Mail NY, PO Box 15183, Albany, NY 12212-5183 |
| 9460483 | + | Email/Text: EBankruptcy@UCFS.NET Jul 31 2024 18:36:00 | | United Consumer Fin. Srvcs, Attn Manager, Bankruptcy Dept, 865 Bassett Rd, Westlake, OH 44145-1194 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**
9460469         *                    HEATHER ANN O'BRIEN TRECIOKAS, 4 Marlson Rd, Meriden, CT 06450-4745

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0205-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 31, 2024 | Form ID: pdfdoc1 | Total Noticed: 36 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Aug 02, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea M. O'Connor | amo@fitzgeraldpc.com MA59@ecfcbis.com;mjp@fitzgeraldpc.com |
| Michael J. Habib | on behalf of Debtor Heather Ann O'Brien Treciokas mike@inzitarilawoffice.com mike.inzitarilawoffice.com@recap.email |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

# United States Bankruptcy Court
## District of Connecticut

In re:

Heather Ann O'Brien Treciokas

Debtor*

Case Number: 23-30944

Chapter: 7

## NOTICE OF HEARING AND OBJECTION DEADLINE REGARDING:
### (1) TRUSTEE'S *PROPOSED* FINAL REPORT AND *PROPOSED* DISTRIBUTION; AND
### (2) APPLICATION(S) FOR COMPENSATION

**PLEASE TAKE NOTICE** that on July 30, 2024, Andrea M. O'Connor, the Chapter 7 Trustee, filed as ECF No. 40 the following:

1. Proposed Chapter 7 Trustee's Final Report and Final Account and Distribution
2. Application for Compensation for the Trustee.

In accordance with Fed. R. Bankr. P. 2002(f)(8) these proposed documents are summarized in the attached Summary of Trustee's *proposed* Final Report and Final Account and Applications for Compensation.

**Any objection to the Chapter 7 Trustee's *proposed* Final Report and Final Account and Application(s) for Compensation must be filed with the Clerk's Office on or before September 3, 2024\*.** Any objection filed after September 3, 2024 *may not* be considered.

**NOTICE IS FURTHER GIVEN** that a **hearing will be held** on September 25, 2024 at 10:00 AM at the United States Bankruptcy Court, 157 Church Street, 18th Floor New Haven, Connecticut, on the Application(s) for Compensation and any objections filed to the Trustee's *proposed* Final Report and Final Account and Distribution.

**NOTICE IS FURTHER GIVEN** that the Chapter 7 Trustee's *proposed* Final Report and Final Account and Distribution and an Application for Compensation, as well as the Application(s) for Compensation of Professional Persons is available for inspection at any Bankruptcy Court Clerk's Offices located in Hartford, New Haven, and Bridgeport, Connecticut. You may also view the filed Chapter 7 Trustee's Final Report and Final Account and the Application(s) for Compensation on the Court's PACER system (www.pacer.psc.uscourts.gov).

Dated: July 31, 2024

Pietro Cicolini
Clerk of Court

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

In re: Heather Ann O'Brien Treciokas  §  Case No. 23-30944
§
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of :* | $ 3,457.00 |
| *and approved disbursements of:* | $ 21.70 |
| *leaving a balance on hand of[1]:* | $ 3,435.30 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,435.30 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - ANDREA M. O'CONNOR | 864.25 | 0.00 | 864.25 |
| Trustee, Expenses - ANDREA M. O'CONNOR | 26.83 | 0.00 | 26.83 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $ 891.08 |
| Remaining balance: | $ 2,544.22 |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,544.22 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,544.22 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $12,598.77 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Santander Consumer USA Inc | 0.00 | 0.00 | 0.00 |
| 2 | Rocket Loans | 7,060.72 | 0.00 | 1,425.86 |
| 3 | TD Retail Card Services | 789.06 | 0.00 | 159.34 |
| 4 | Citibank N.A. | 914.20 | 0.00 | 184.62 |
| 5 | Jefferson Capital Systems LLC | 1,198.81 | 0.00 | 242.09 |
| 6 | Jefferson Capital Systems LLC | 1,622.97 | 0.00 | 327.75 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 7 | Jefferson Capital Systems LLC | 400.27 | 0.00 | 80.83 |
| 8 | Jefferson Capital Systems LLC | 612.74 | 0.00 | 123.73 |

| | |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 2,544.22 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

| | |
|---|---:|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

| | |
|---|---:|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared by: /s/ Andrea M. O'Connor
Trustee

ANDREA M. O'CONNOR
Fitzgerald Law, P.C.
46 Center Square
East Longmeadow, MA 01028
(413) 206-5588

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**