# United States Bankruptcy Court

## District of Connecticut



In re:

Heather Ann O'Brien Treciokas

Case Number: 23-30944

Chapter: 7

Debtor

### ORDER APPROVING FINAL APPLICATION FOR COMPENSATION

Pursuant to 11 U.S.C. §§ 328, 330 and/or 331, the United States Trustee (the "Applicant"), filed a Final Application for Compensation on behalf of Chapter 7 Trustee Andrea M. O'Connor on July 30, 2024 (the "Application", ECF No. 40). After notice and hearing held on September 25, 2024, and in the absence of any objection to the Application; it is hereby

**ORDERED:** The Application is approved and the fees in the amount of $864.25, and reimbursement of expenses in the amount of $26.83, is awarded as compensation to the Trustee subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full.

Dated:    September 26, 2024

BY THE COURT



*Ann M. Nevins*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT  06510

\* For the purposes of this order, "Debtor" means "Debtors" where applicable.