United States Bankruptcy Court
District of Connecticut

In re:                                                                                              Case No. 23-30944-amn
Heather Ann O'Brien Treciokas                                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3                              User: admin                                       Page 1 of 3
Date Rcvd: Sep 26, 2024                           Form ID: pdfdoc1                                  Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Heather Ann O'Brien Treciokas, 4 Marlson Rd, Meriden, CT 06450-4745 |
| 9460464 | + | CONNECTICUT ATTORNEY GENERAL, ATTN: AAG GARY G WILLIAMS, COLLECTIONS DEPARTMENT, PO BOX 120, HARTFORD, CT 06141-0120 |
| 9460465 | | CT Dept. of Revenue Srvcs., c/o Attorney General's Office, 55 Elm St, Hartford, CT 06106-1746 |
| 9460462 | + | CapitalOne Bank, NA/Kohl's, Attn Manager, Bankruptcy Dept, PO Box 3043, Milwaukee, WI 53201-3043 |
| 9460463 | + | City of Meriden Tax Collector, Attn: Michelle Kane, 142 E Main St, Meriden, CT 06450-5667 |
| 9464628 | + | Equitable Fin Life Ins Co, Attn Manager, Bankruptcy Dept, 1290 Avenue of the Americas, New York, NY 10104-0101 |
| 9461402 | + | Hartford Parking Authority, Attn: Jill Turlo, CEO, 11 Asylum St. # 2, Hartford, CT 06103-2202 |
| 9460472 | | Meriden Water Division, Attn Richard Meskill,Director, 117 Parker Ave, Meriden, CT 06450-5925 |
| 9461403 | + | New Jersey Turnpike Authority, Attn: Director of Tolls, 1 Turnpike Plaza, Woodbridge, NJ 07095-5195 |
| 9460482 | | U.S. Securities and Exchange, Commission, 100 F St Ne, Washington, DC 20549-2000 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 9460459 | + | Email/Text: g17768@att.com | Sep 26 2024 18:26:00 | AT&T Wireless, c/o Bankruptcy Dept., Attn: Manager, 4331 Communications Dr Fl 4W, Dallas, TX 75211-1300 |
| 9460460 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2024 18:27:44 | Best Buy/CBNA, Attn Manager, Bankruptcy Dept, PO Box 70601, Philadelphia, PA 19176-0601 |
| 9460467 | | Email/Text: DRS.Bankruptcy@ct.gov | Sep 26 2024 18:26:00 | CT Dept. of Revenue Srvcs., Attn Manager, Bankruptcy Dept, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9460461 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2024 18:27:30 | Capital One Bank (USA), N.A., Attn Manager, Bankruptcy Dept, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 9475300 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2024 18:43:23 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 9460466 | + | Email/Text: bankruptcy@credencerm.com | Sep 26 2024 18:27:00 | Credence Resource Management, Attn Manager, Bankruptcy Dept, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1940 |
| 9460468 | | Email/Text: bankruptcynotices@eversource.com | Sep 26 2024 18:27:00 | Eversource Energy, Attn: Manager, Billing Dept., 107 Selden St, Berlin, CT 06037-1616 |
| 9460470 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 26 2024 18:26:00 | Internal Revenue Service, Central Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9484692 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 26 2024 18:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 9460471 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 26 2024 18:26:00 | Jefferson Capital Systems LLC, Attn Manager, Bankruptcy Dept, PO Box 17210, Golden, CO 80402-6020 |

| District/off: 0205-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: pdfdoc1 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 9461404 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 26 2024 18:26:00 | New Jersey Turnpike Authority, Attn: Director of Tolls, PO BOX 5042, Woodbridge, NJ 07095-5042 |
| 9460473 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2024 18:43:23 | PRA Receivables Mgmt LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 9464629 | + | Email/Text: ielson@panynj.gov | Sep 26 2024 18:26:00 | Port Authority NY NJ, Attn: Rick Cotton, Exec. Dir., 4 World Trade Center, 150 Greenwich St., New York, NY 10007-2364 |
| 9467004 | + | Email/Text: OpsEscalations@RocketLoans.com | Sep 26 2024 18:26:00 | Rocket Loans, 1274 Library Street, Detroit, MI 48226-2256 |
| 9460474 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 26 2024 18:26:00 | Rocket Mortgage, LLC, Attn: General Counsel, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 9460475 | + | Email/Text: OpsEscalations@RocketLoans.com | Sep 26 2024 18:26:00 | RocketLoans, Attn Manager, Bankruptcy Dept, 1274 Library St., Detroit, MI 48226-2256 |
| 9460477 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2024 18:27:14 | SYNCB/Amazon, Attn Manager, Bankruptcy Dept, PO Box 365015, Orlando, FL 32896-0001 |
| 9460478 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2024 18:27:52 | SYNCB/Lowes, Attn Manager, Bankruptcy Dept, PO Box 965005, Orlando, FL 32896-5005 |
| 9460476 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 26 2024 18:26:00 | Santander Consumer USA, Attn Manager, Bankruptcy Dept, PO Box 961245, Fort Worth, TX 76161-0244 |
| 9466722 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 26 2024 18:26:00 | Santander Consumer USA Inc, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 9460479 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2024 18:27:53 | SynchronyBank (CareCredit), Attn Manager, Bankruptcy Dept, 950 Forrer Blvd, Dayton, OH 45420-1469 |
| 9460480 | + | Email/Text: bankruptcy@td.com | Sep 26 2024 18:26:00 | TD Bank NA, Attn Manager, Bankruptcy Dept, PO Box 1448, Greenville, SC 29602-1448 |
| 9467670 | + | Email/Text: tdebn@credbankserv.com | Sep 26 2024 18:26:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 9460481 | + | Email/Text: bankruptcy@td.com | Sep 26 2024 18:26:00 | TDRCS/Raymour & Flanigan, Attn Manager, Bankruptcy Dept, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |
| 9464630 | ^ | MEBN | Sep 26 2024 18:22:29 | Tolls By Mail NY, PO Box 15183, Albany, NY 12212-5183 |
| 9460483 | + | Email/Text: EBankruptcy@UCFS.NET | Sep 26 2024 18:27:00 | United Consumer Fin. Srvcs, Attn Manager, Bankruptcy Dept, 865 Bassett Rd, Westlake, OH 44145-1194 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9460469 | * | HEATHER ANN O'BRIEN TRECIOKAS, 4 Marlson Rd, Meriden, CT 06450-4745 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0205-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2024 | Form ID: pdfdoc1 | Total Noticed: 36 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024           Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:**

**Name**             **Email Address**

Andrea M. O'Connor

amo@fitzgeraldpc.com  MA59@ecfcbis.com;mjp@fitzgeraldpc.com

Michael J. Habib

on behalf of Debtor Heather Ann O'Brien Treciokas mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email

U. S. Trustee

USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 3

# United States Bankruptcy Court

## District of Connecticut

In re:

Heather Ann O'Brien Treciokas

Debtor

Case Number: 23-30944

Chapter: 7

### ORDER APPROVING FINAL APPLICATION FOR COMPENSATION

Pursuant to 11 U.S.C. §§ 328, 330 and/or 331, the United States Trustee (the "Applicant"), filed a Final Application for Compensation on behalf of Chapter 7 Trustee Andrea M. O'Connor on July 30, 2024 (the "Application", ECF No. 40). After notice and hearing held on September 25, 2024, and in the absence of any objection to the Application; it is hereby

**ORDERED:** The Application is approved and the fees in the amount of $864.25, and reimbursement of expenses in the amount of $26.83, is awarded as compensation to the Trustee subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full.

Dated: September 26, 2024

BY THE COURT

*Ann M. Nevins*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

\* For the purposes of this order, "Debtor" means "Debtors" where applicable.