**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

In re: Heather Ann O'Brien Treciokas    §    Case No. 23-30944
                                                                                  §
                                                                                   §
                                                                                   §
            Debtor(s)                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

      ANDREA M. O'CONNOR, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $269,382.77 | Assets Exempt: | $64,079.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,544.22 | Claims Discharged Without Payment: | $29,096.65 |
| Total Expenses of Administration: | $912.78 | | |

      3) Total gross receipts of $3,457.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,457.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $182,284.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $912.78 | $912.78 | $912.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $197.85 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $47,934.84 | $15,620.86 | $12,598.77 | $2,544.22 |
| **TOTAL DISBURSEMENTS** | $230,416.69 | $16,533.64 | $13,511.55 | $3,457.00 |

4) This case was originally filed under chapter 7 on 12/06/2023. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2024     By: /s/ ANDREA M. OCONNOR
                                       Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1224-000 | $3,457.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,457.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Reference No. | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Rocket Mortgage, LLC | 4110-000 | $182,284.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$182,284.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - ANDREA M. O'CONNOR | 2100-000 | NA | $864.25 | $864.25 | $864.25 |
| Trustee, Expenses - ANDREA M. O'CONNOR | 2200-000 | NA | $26.83 | $26.83 | $26.83 |
| Bank Service Fees - East West Bank | 2600-000 | NA | $21.70 | $21.70 | $21.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $912.78 | $912.78 | $912.78 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | City of Meriden | 5600-000 | $82.94 | NA | NA | NA |
| N/F | City of Meriden | 5600-000 | $114.91 | NA | NA | NA |
| N/F | City of Meriden | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Department of Revenue Services | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $197.85 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Santander Consumer USA Inc | 7100-000 | $16,629.00 | $3,022.09 | $0.00 | $0.00 |
| 2 | Rocket Loans | 7100-000 | $7,266.00 | $7,060.72 | $7,060.72 | $1,425.86 |
| 3 | TD Retail Card Services | 7100-000 | $732.00 | $789.06 | $789.06 | $159.34 |
| 4 | Citibank N.A. | 7100-000 | $914.00 | $914.20 | $914.20 | $184.62 |
| 5 | Jefferson Capital Systems LLC | 7100-000 | $1,158.00 | $1,198.81 | $1,198.81 | $242.09 |
| 6 | Jefferson Capital Systems LLC | 7100-000 | $1,581.00 | $1,622.97 | $1,622.97 | $327.75 |
| 7 | Jefferson Capital Systems LLC | 7100-000 | NA | $400.27 | $400.27 | $80.83 |
| 8 | Jefferson Capital Systems LLC | 7100-000 | $612.74 | $612.74 | $612.74 | $123.73 |
| N/F | AT&T Mobility LLC / AT&T Wireless | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Capital One Bank (USA), N.A. | 7100-000 | $126.00 | NA | NA | NA |
| N/F | CapitalOne Bank, NA/Kohl`s | 7100-000 | $924.00 | NA | NA | NA |
| N/F | Credence Resource Management | 7100-000 | $345.00 | NA | NA | NA |
| N/F | Equitable Fin Life Ins Co | 7100-000 | $5,244.00 | NA | NA | NA |
| N/F | Eversource Energy | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hartford Parking Authority | 7100-000 | $211.00 | NA | NA | NA |
| N/F | Hartford Parking Authority | 7100-000 | $211.00 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Hartford Parking Authority | 7100-000 | $211.00 | NA | NA | NA |
| N/F | Hartford Parking Authority | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Meriden Water Division | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | New Jersey Turnpike Authority | 7100-000 | $56.85 | NA | NA | NA |
| N/F | New Jersey Turnpike Authority | 7100-000 | $54.25 | NA | NA | NA |
| N/F | New Jersey Turnpike Authority | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Port Authority NY NJ | 7100-000 | $117.00 | NA | NA | NA |
| N/F | SynchronyBank (CareCredit) | 7100-000 | $373.00 | NA | NA | NA |
| N/F | TD Bank NA | 7100-000 | $4,650.00 | NA | NA | NA |
| N/F | United Consumer Financial Srvcs | 7100-000 | $4,519.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$47,934.84** | **$15,620.86** | **$12,598.77** | **$2,544.22** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 23-30944  
**Case Name:** Heather Ann O'Brien Treciokas  
**For Period Ending:** 12/11/2024

**Trustee Name:** (410560) ANDREA M. O'CONNOR  
**Date Filed (f) or Converted (c):** 12/06/2023 (f)  
**§ 341(a) Meeting Date:** 01/08/2024  
**Claims Bar Date:** 05/13/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4 Marlson Rd, Meriden, CT 06450-4745, New Haven County | 237,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2007 Pontiac Vibe, 143087 miles | 6,563.00 | 0.00 | | 0.00 | FA |
| 3 | 2016 Volkswagen GTI SE, 133000 miles | 13,323.00 | 0.00 | | 0.00 | FA |
| 4 | 2010 Nissan ALTIMA S, 145000 miles | 7,000.00 | 0.00 | | 0.00 | FA |
| 5 | See Attached. | 2,650.00 | 0.00 | | 0.00 | FA |
| 6 | Tablet, Laptop, (2) TVs, Cellular Telephone | 1,400.00 | 0.00 | | 0.00 | FA |
| 7 | Everyday clothing | 400.00 | 0.00 | | 0.00 | FA |
| 8 | 3 dogs | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Checking account: TD BANK - TD Convenience Checking | 177.91 | 0.00 | | 0.00 | FA |
| 10 | Checking account: TD BANK - TD Simple Checking | 252.66 | 0.00 | | 0.00 | FA |
| 11 | Savings account: TD BANK - Savings Statement Transaction Account | (9.85) | 0.00 | | 0.00 | FA |
| 12 | Savings account: TD BANK - Savings Statement Transaction Account | 526.05 | 0.00 | | 0.00 | FA |
| 13 | Ret. or Pension Acct.: Pension plan | Unknown | 0.00 | | 0.00 | FA |
| 14 | TAX REFUNDS (u) | 0.00 | 3,457.00 | | 3,457.00 | FA |
| **14** | **Assets Totals (Excluding unknown values)** | **$269,382.77** | **$3,457.00** | | **$3,457.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    09.25.24 TFR APPROVED  
    06.28.24 PREPARE TFR  
    03.20.24 REC'VD FEDERAL REFUND, DEMANDED TURNOVER OF STATE REFUND; AWAITING BAR DATE IN MAY

**Initial Projected Date Of Final Report (TFR):** 12/31/2027  
**Current Projected Date Of Final Report (TFR):** 07/17/2024 (Actual)

12/11/2024  
Date

/s/ANDREA M. O'CONNOR  
ANDREA M. O'CONNOR

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 23-30944 | Trustee Name: | ANDREA M. O'CONNOR (410560) |
|---|---|---|---|
| Case Name: | Heather Ann O'Brien Treciokas | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***0078 | Account #: | ******0421 Checking |
| For Period Ending: | 12/11/2024 | Blanket Bond (per case limit): | $21,745,936.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/20/24 | {14} | United States Treasury | Tax Refund Turnover 2023 | 1224-000 | 3,457.00 | | 3,457.00 |
| 03/29/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,452.00 |
| 04/30/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.88 | 3,446.12 |
| 05/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.69 | 3,440.43 |
| 06/28/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.13 | 3,435.30 |
| 09/26/24 | 101 | ANDREA M. O'CONNOR | Combined trustee compensation & expense dividend payments. | | | 891.08 | 2,544.22 |
| | | ANDREA M. O'CONNOR | Claims Distribution - Fri, 07-12-2024 $864.25 | 2100-000 | | | |
| | | ANDREA M. O'CONNOR | Claims Distribution - Fri, 07-12-2024 $26.83 | 2200-000 | | | |
| 09/26/24 | 102 | Rocket Loans | Distribution payment - Dividend paid at 20.19% of $7,060.72; Claim # 2; Filed: $7,060.72 | 7100-000 | | 1,425.86 | 1,118.36 |
| 09/26/24 | 103 | TD Retail Card Services | Distribution payment - Dividend paid at 20.19% of $789.06; Claim # 3; Filed: $789.06 | 7100-000 | | 159.34 | 959.02 |
| 09/26/24 | 104 | Citibank N.A. | Distribution payment - Dividend paid at 20.19% of $914.20; Claim # 4; Filed: $914.20 | 7100-000 | | 184.62 | 774.40 |
| 09/26/24 | 105 | Jefferson Capital Systems LLC | Distribution payment - Dividend paid at 20.19% of $1,198.81; Claim # 5; Filed: $1,198.81 | 7100-000 | | 242.09 | 532.31 |
| 09/26/24 | 106 | Jefferson Capital Systems LLC | Distribution payment - Dividend paid at 20.19% of $1,622.97; Claim # 6; Filed: $1,622.97 | 7100-000 | | 327.75 | 204.56 |
| 09/26/24 | 107 | Jefferson Capital Systems LLC | Distribution payment - Dividend paid at 20.19% of $400.27; Claim # 7; Filed: $400.27 | 7100-000 | | 80.83 | 123.73 |
| 09/26/24 | 108 | Jefferson Capital Systems LLC | Distribution payment - Dividend paid at 20.19% of $612.74; Claim # 8; Filed: $612.74 | 7100-000 | | 123.73 | 0.00 |
| | | | COLUMN TOTALS | | 3,457.00 | 3,457.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 3,457.00 | 3,457.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $3,457.00 | $3,457.00 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| | | |
|---|---|---|
| **Case No.:** 23-30944 | **Trustee Name:** | ANDREA M. O'CONNOR (410560) |
| **Case Name:** Heather Ann O'Brien Treciokas | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** **-***0078 | **Account #:** | ******0421 Checking |
| **For Period Ending:** 12/11/2024 | **Blanket Bond (per case limit):** | $21,745,936.00 |
| | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0421 Checking | $3,457.00 | $3,457.00 | $0.00 |
| | **$3,457.00** | **$3,457.00** | **$0.00** |

12/11/2024 /s/ANDREA M. O'CONNOR
Date ANDREA M. O'CONNOR

UST Form 101-7-TDR (10 /1/2010)