United States Bankruptcy Court
District of Connecticut

In re:  Case No. 23-30944-amn
Heather Ann O'Brien Treciokas  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3      User: admin      Page 1 of 3
Date Rcvd: Jan 14, 2025      Form ID: pdfdoc1      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Heather Ann O'Brien Treciokas, 4 Marlson Rd, Meriden, CT 06450-4745 |
| 9460464 | + | CONNECTICUT ATTORNEY GENERAL, ATTN: AAG GARY G WILLIAMS, COLLECTIONS DEPARTMENT, PO BOX 120, HARTFORD, CT 06141-0120 |
| 9460465 | | CT Dept. of Revenue Srvcs., c/o Attorney General's Office, 55 Elm St, Hartford, CT 06106-1746 |
| 9460462 | + | CapitalOne Bank, NA/Kohl's, Attn Manager, Bankruptcy Dept, PO Box 3043, Milwaukee, WI 53201-3043 |
| 9460463 | + | City of Meriden Tax Collector, Attn: Michelle Kane, 142 E Main St, Meriden, CT 06450-5667 |
| 9464628 | + | Equitable Fin Life Ins Co, Attn Manager, Bankruptcy Dept, 1290 Avenue of the Americas, New York, NY 10104-0101 |
| 9461402 | + | Hartford Parking Authority, Attn: Jill Turlo, CEO, 11 Asylum St. # 2, Hartford, CT 06103-2202 |
| 9460472 | | Meriden Water Division, Attn Richard Meskill,Director, 117 Parker Ave, Meriden, CT 06450-5925 |
| 9461403 | + | New Jersey Turnpike Authority, Attn: Director of Tolls, 1 Turnpike Plaza, Woodbridge, NJ 07095-5195 |
| 9460474 | + | Rocket Mortgage, LLC, Attn: General Counsel, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 9460482 | | U.S. Securities and Exchange, Commission, 100 F St Ne, Washington, DC 20549-2000 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 9460459 | + | Email/Text: g17768@att.com | Jan 14 2025 18:25:00 | AT&T Wireless, c/o Bankruptcy Dept., Attn: Manager, 4331 Communications Dr Fl 4W, Dallas, TX 75211-1300 |
| 9460460 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2025 18:33:35 | Best Buy/CBNA, Attn Manager, Bankruptcy Dept, PO Box 70601, Philadelphia, PA 19176-0601 |
| 9460467 | | Email/Text: DRS.Bankruptcy@ct.gov | Jan 14 2025 18:25:00 | CT Dept. of Revenue Srvcs., Attn Manager, Bankruptcy Dept, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9460461 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2025 18:33:39 | Capital One Bank (USA), N.A., Attn Manager, Bankruptcy Dept, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 9475300 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2025 18:44:14 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 9460466 | + | Email/Text: bankruptcy@credencerm.com | Jan 14 2025 18:25:00 | Credence Resource Management, Attn Manager, Bankruptcy Dept, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1938 |
| 9460468 | | Email/Text: bankruptcynotices@eversource.com | Jan 14 2025 18:25:00 | Eversource Energy, Attn: Manager, Billing Dept., 107 Selden St, Berlin, CT 06037-1616 |
| 9460470 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 14 2025 18:25:00 | Internal Revenue Service, Central Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 9484692 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2025 18:25:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 9460471 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2025 18:25:00 | Jefferson Capital Systems LLC, Attn Manager, Bankruptcy Dept, PO Box 17210, Golden, CO |

| District/off: 0205-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2025 | Form ID: pdfdoc1 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 9461404 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com Jan 14 2025 18:25:00 | | New Jersey Turnpike Authority, Attn: Director of Tolls, PO BOX 5042, Woodbridge, NJ 07095-5042 |
| 9460473 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2025 18:44:04 | | PRA Receivables Mgmt LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 9464629 | + | Email/Text: ielson@panynj.gov Jan 14 2025 18:25:00 | | Port Authority NY NJ, Attn: Rick Cotton, Exec. Dir., 4 World Trade Center, 150 Greenwich St., New York, NY 10007-2364 |
| 9467004 | + | Email/Text: OpsEscalations@RocketLoans.com Jan 14 2025 18:25:00 | | Rocket Loans, 1274 Library Street, Detroit, MI 48226-2256 |
| 9460475 | + | Email/Text: OpsEscalations@RocketLoans.com Jan 14 2025 18:25:00 | | RocketLoans, Attn Manager, Bankruptcy Dept, 1274 Library St., Detroit, MI 48226-2256 |
| 9460477 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 14 2025 18:44:10 | | SYNCB/Amazon, Attn Manager, Bankruptcy Dept, PO Box 365015, Orlando, FL 32896-0001 |
| 9460478 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 14 2025 18:44:14 | | SYNCB/Lowes, Attn Manager, Bankruptcy Dept, PO Box 965005, Orlando, FL 32896-5005 |
| 9460476 | + | Email/Text: enotifications@santanderconsumerusa.com Jan 14 2025 18:25:00 | | Santander Consumer USA, Attn Manager, Bankruptcy Dept, PO Box 961245, Fort Worth, TX 76161-0244 |
| 9466722 | + | Email/Text: enotifications@santanderconsumerusa.com Jan 14 2025 18:25:00 | | Santander Consumer USA Inc, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 9460479 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 14 2025 18:33:16 | | SynchronyBank (CareCredit), Attn Manager, Bankruptcy Dept, 950 Forrer Blvd, Dayton, OH 45420-1469 |
| 9460480 | + | Email/Text: bankruptcy@td.com Jan 14 2025 18:25:00 | | TD Bank NA, Attn Manager, Bankruptcy Dept, PO Box 1448, Greenville, SC 29602-1448 |
| 9467670 | + | Email/Text: tdebn@credbankserv.com Jan 14 2025 18:25:00 | | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 9460481 | + | Email/Text: bankruptcy@td.com Jan 14 2025 18:25:00 | | TDRCS/Raymour & Flanigan, Attn Manager, Bankruptcy Dept, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |
| 9464630 | ^ | MEBN Jan 14 2025 18:24:51 | | Tolls By Mail NY, PO Box 15183, Albany, NY 12212-5183 |
| 9460483 | + | Email/Text: EBankruptcy@UCFS.NET Jan 14 2025 18:25:00 | | United Consumer Fin. Srvcs, Attn Manager, Bankruptcy Dept, 865 Bassett Rd, Westlake, OH 44145-1194 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9460469 | * | HEATHER ANN O'BRIEN TRECIOKAS, 4 Marlson Rd, Meriden, CT 06450-4745 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0205-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 14, 2025 | Form ID: pdfdoc1 | Total Noticed: 36 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2025         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea M. O'Connor | amo@fitzgeraldpc.com  MA59@ecfcbis.com;mjp@fitzgeraldpc.com |
| Michael J. Habib | on behalf of Debtor Heather Ann O'Brien Treciokas mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

ct 203

04/2022

# United States Bankruptcy Court
## District of Connecticut



In re:

Heather Ann O'Brien Treciokas

Debtor*

Case Number: 23-30944

Chapter: 7

## NOTICE OF DEADLINE TO OBJECT
## TO THE TRUSTEE'S FINAL REPORT AND FINAL ACCOUNT

**PLEASE TAKE NOTICE** that on January 10, 2025, Andrea M. O'Connor, the Chapter 7 Trustee, filed a "Chapter 7 Trustee's Final Account and Distribution Report", ECF No. 47, constituting the final report and final account required by Fed.R.Bankr.P. 5009(a), in which the Trustee certified that the Debtor's estate has been fully administered and requested that the Trustee be discharged. ECF No. 47 is attached.

**NOTICE IS FURTHER GIVEN** that any objection to the Chapter 7 Trustee's Final Report and Final Account pursuant to Fed.R.Bankr.P. 5009(a) must be filed with the Clerk's Office on or before February 12, 2025 *. If an objection is filed a hearing may be scheduled, and, in that event a separate Notice of Hearing will issue.

**NOTICE IS FURTHER GIVEN** that the Chapter 7 Trustee's Final Report and Final Account pursuant to Fed.R.Bankr.P. 5009(a) is available for inspection at any Bankruptcy Court Clerk's Offices located in Hartford, New Haven, and Bridgeport, Connecticut. You may also view the document on the Court's PACER system (www.pacer.psc.uscourts.gov).

Dated: January 14, 2025

Pietro Cicolini
Clerk of Court

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| In re: Heather Ann O'Brien Treciokas | § | Case No. 23-30944 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

ANDREA M. O'CONNOR, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $269,382.77 | Assets Exempt: | $64,079.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,544.22 | Claims Discharged Without Payment: | $29,096.65 |
| Total Expenses of Administration: | $912.78 | | |

3) Total gross receipts of $3,457.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,457.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $182,284.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $912.78 | $912.78 | $912.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $197.85 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $47,934.84 | $15,620.86 | $12,598.77 | $2,544.22 |
| **TOTAL DISBURSEMENTS** | $230,416.69 | $16,533.64 | $13,511.55 | $3,457.00 |

    4) This case was originally filed under chapter 7 on 12/06/2023. The case was pending for 12 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2024    By: /s/ ANDREA M. OCONNOR
                                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1224-000 | $3,457.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,457.00** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Reference No. | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Rocket Mortgage, LLC | 4110-000 | $182,284.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$182,284.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - ANDREA M. O'CONNOR | 2100-000 | NA | $864.25 | $864.25 | $864.25 |
| Trustee, Expenses - ANDREA M. O'CONNOR | 2200-000 | NA | $26.83 | $26.83 | $26.83 |
| Bank Service Fees - East West Bank | 2600-000 | NA | $21.70 | $21.70 | $21.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $912.78 | $912.78 | $912.78 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | City of Meriden | 5600-000 | $82.94 | NA | NA | NA |
| N/F | City of Meriden | 5600-000 | $114.91 | NA | NA | NA |
| N/F | City of Meriden | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Department of Revenue Services | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $197.85 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Santander Consumer USA Inc | 7100-000 | $16,629.00 | $3,022.09 | $0.00 | $0.00 |
| 2 | Rocket Loans | 7100-000 | $7,266.00 | $7,060.72 | $7,060.72 | $1,425.86 |
| 3 | TD Retail Card Services | 7100-000 | $732.00 | $789.06 | $789.06 | $159.34 |
| 4 | Citibank N.A. | 7100-000 | $914.00 | $914.20 | $914.20 | $184.62 |
| 5 | Jefferson Capital Systems LLC | 7100-000 | $1,158.00 | $1,198.81 | $1,198.81 | $242.09 |
| 6 | Jefferson Capital Systems LLC | 7100-000 | $1,581.00 | $1,622.97 | $1,622.97 | $327.75 |
| 7 | Jefferson Capital Systems LLC | 7100-000 | NA | $400.27 | $400.27 | $80.83 |
| 8 | Jefferson Capital Systems LLC | 7100-000 | $612.74 | $612.74 | $612.74 | $123.73 |
| N/F | AT&T Mobility LLC / AT&T Wireless | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Capital One Bank (USA), N.A. | 7100-000 | $126.00 | NA | NA | NA |
| N/F | CapitalOne Bank, NA/Kohl`s | 7100-000 | $924.00 | NA | NA | NA |
| N/F | Credence Resource Management | 7100-000 | $345.00 | NA | NA | NA |
| N/F | Equitable Fin Life Ins Co | 7100-000 | $5,244.00 | NA | NA | NA |
| N/F | Eversource Energy | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hartford Parking Authority | 7100-000 | $211.00 | NA | NA | NA |
| N/F | Hartford Parking Authority | 7100-000 | $211.00 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Hartford Parking Authority | 7100-000 | $211.00 | NA | NA | NA |
| N/F | Hartford Parking Authority | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Meriden Water Division | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | New Jersey Turnpike Authority | 7100-000 | $56.85 | NA | NA | NA |
| N/F | New Jersey Turnpike Authority | 7100-000 | $54.25 | NA | NA | NA |
| N/F | New Jersey Turnpike Authority | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Port Authority NY NJ | 7100-000 | $117.00 | NA | NA | NA |
| N/F | SynchronyBank (CareCredit) | 7100-000 | $373.00 | NA | NA | NA |
| N/F | TD Bank NA | 7100-000 | $4,650.00 | NA | NA | NA |
| N/F | United Consumer Financial Srvcs | 7100-000 | $4,519.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$47,934.84** | **$15,620.86** | **$12,598.77** | **$2,544.22** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Exhibit 8
Page: 1

| Case No.: | 23-30944 | Trustee Name: | (410560) ANDREA M. O'CONNOR |
|---|---|---|---|
| Case Name: | Heather Ann O'Brien Treciokas | Date Filed (f) or Converted (c): | 12/06/2023 (f) |
|  |  | § 341(a) Meeting Date: | 01/08/2024 |
| For Period Ending: | 12/11/2024 | Claims Bar Date: | 05/13/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4 Marlson Rd, Meriden, CT 06450-4745, New Haven County | 237,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2007 Pontiac Vibe, 143087 miles | 6,563.00 | 0.00 | | 0.00 | FA |
| 3 | 2016 Volkswagen GTI SE, 133000 miles | 13,323.00 | 0.00 | | 0.00 | FA |
| 4 | 2010 Nissan ALTIMA S, 145000 miles | 7,000.00 | 0.00 | | 0.00 | FA |
| 5 | See Attached. | 2,650.00 | 0.00 | | 0.00 | FA |
| 6 | Tablet, Laptop, (2) TVs, Cellular Telephone | 1,400.00 | 0.00 | | 0.00 | FA |
| 7 | Everyday clothing | 400.00 | 0.00 | | 0.00 | FA |
| 8 | 3 dogs | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Checking account: TD BANK - TD Convenience Checking | 177.91 | 0.00 | | 0.00 | FA |
| 10 | Checking account: TD BANK - TD Simple Checking | 252.66 | 0.00 | | 0.00 | FA |
| 11 | Savings account: TD BANK - Savings Statement Transaction Account | (9.85) | 0.00 | | 0.00 | FA |
| 12 | Savings account: TD BANK - Savings Statement Transaction Account | 526.05 | 0.00 | | 0.00 | FA |
| 13 | Ret. or Pension Acct.: Pension plan | Unknown | 0.00 | | 0.00 | FA |
| 14 | TAX REFUNDS (u) | 0.00 | 3,457.00 | | 3,457.00 | FA |
| 14 | **Assets Totals (Excluding unknown values)** | **$269,382.77** | **$3,457.00** | | **$3,457.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    09.25.24 TFR APPROVED
    06.28.24 PREPARE TFR
    03.20.24 REC'VD FEDERAL REFUND, DEMANDED TURNOVER OF STATE REFUND; AWAITING BAR DATE IN MAY

Initial Projected Date Of Final Report (TFR): 12/31/2027     Current Projected Date Of Final Report (TFR): 07/17/2024 (Actual)

\_\_\_\_12/11/2024\_\_\_\_                                         /s/ANDREA M. O'CONNOR
       Date                                              ANDREA M. O'CONNOR

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 23-30944 | Trustee Name: | ANDREA M. O'CONNOR (410560) |
|---|---|---|---|
| Case Name: | Heather Ann O'Brien Treciokas | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***0078 | Account #: | ******0421 Checking |
| For Period Ending: | 12/11/2024 | Blanket Bond (per case limit): | $21,745,936.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/20/24 | {14} | United States Treasury | Tax Refund Turnover 2023 | 1224-000 | 3,457.00 |  | 3,457.00 |
| 03/29/24 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 3,452.00 |
| 04/30/24 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 5.88 | 3,446.12 |
| 05/31/24 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 5.69 | 3,440.43 |
| 06/28/24 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 5.13 | 3,435.30 |
| 09/26/24 | 101 | ANDREA M. O'CONNOR | Combined trustee compensation & expense dividend payments. |  |  | 891.08 | 2,544.22 |
|  |  | ANDREA M. O'CONNOR | Claims Distribution - Fri, 07-12-2024 $864.25 | 2100-000 |  |  |  |
|  |  | ANDREA M. O'CONNOR | Claims Distribution - Fri, 07-12-2024 $26.83 | 2200-000 |  |  |  |
| 09/26/24 | 102 | Rocket Loans | Distribution payment - Dividend paid at 20.19% of $7,060.72; Claim # 2; Filed: $7,060.72 | 7100-000 |  | 1,425.86 | 1,118.36 |
| 09/26/24 | 103 | TD Retail Card Services | Distribution payment - Dividend paid at 20.19% of $789.06; Claim # 3; Filed: $789.06 | 7100-000 |  | 159.34 | 959.02 |
| 09/26/24 | 104 | Citibank N.A. | Distribution payment - Dividend paid at 20.19% of $914.20; Claim # 4; Filed: $914.20 | 7100-000 |  | 184.62 | 774.40 |
| 09/26/24 | 105 | Jefferson Capital Systems LLC | Distribution payment - Dividend paid at 20.19% of $1,198.81; Claim # 5; Filed: $1,198.81 | 7100-000 |  | 242.09 | 532.31 |
| 09/26/24 | 106 | Jefferson Capital Systems LLC | Distribution payment - Dividend paid at 20.19% of $1,622.97; Claim # 6; Filed: $1,622.97 | 7100-000 |  | 327.75 | 204.56 |
| 09/26/24 | 107 | Jefferson Capital Systems LLC | Distribution payment - Dividend paid at 20.19% of $400.27; Claim # 7; Filed: $400.27 | 7100-000 |  | 80.83 | 123.73 |
| 09/26/24 | 108 | Jefferson Capital Systems LLC | Distribution payment - Dividend paid at 20.19% of $612.74; Claim # 8; Filed: $612.74 | 7100-000 |  | 123.73 | 0.00 |
|  |  | COLUMN TOTALS |  |  | 3,457.00 | 3,457.00 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 0.00 |  |
|  |  | Subtotal |  |  | 3,457.00 | 3,457.00 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | NET Receipts / Disbursements |  |  | $3,457.00 | $3,457.00 |  |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| | | | |
|---|---|---|---|
| **Case No.:** | 23-30944 | **Trustee Name:** | ANDREA M. O'CONNOR (410560) |
| **Case Name:** | Heather Ann O'Brien Treciokas | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***0078 | **Account #:** | ******0421 Checking |
| **For Period Ending:** | 12/11/2024 | **Blanket Bond (per case limit):** | $21,745,936.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0421 Checking | $3,457.00 | $3,457.00 | $0.00 |
| | $3,457.00 | $3,457.00 | $0.00 |

| | |
|---|---|
| 12/11/2024 | /s/ANDREA M. O'CONNOR |
| Date | ANDREA M. O'CONNOR |

UST Form 101-7-TDR (10 /1/2010)